UNITED STATES DISTRICT
COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 JAN 17  PM 1:50

Darryl Allmond, Pro-se
            Plaintiff
        v.
JSO Medical Serv., et al.,
        Defendants

Civil Action No: 3-13-cv-1201-J-32JBT

COMPLIANCE TO COURT
ORDER

1.  Darryl Allmond Pro-se Plaintiff, hereby moves papers with respect to this Court's order filed on 01/14/14.

2.  On date 01/16/14 Plaintiff filed his request to proceed in forma pauperis before February 10, 2014 and attach exhibit (A) in support their of "Jane Charles spouse pay stub.

3.  Plaintiff have redact the portions of the exhibits containing personal information.

4.  Plaintiff have individually marked for identification with appropriate tabs on the right-side of the documents. A table of contents or index (with a tittle description, and date of each document) to aid the Court in the location of each exhibit.

5.  Plaintiff hereby add other exhibits from exhibit 48 thur exhibit 66 and of a pass on going violation of Plaintiff civil rights and denial of health services and harassment.

Date: 1/17/14

Darryl Allmond, Pro-se
2943 Springs Park Rd. #1003
Jacksonville, Fl - 32207
904-705-7905
904-444-9610

1A

# LIST OF EXHIBITS

# EXHIBITS

## TABLE OF CONTENTS

Notice of Appeal     Dated 12-30-13     Exhibit   01

Review of Grievance by
ADA Coordinator Beth Meier    Dated 12-26-13    Exhibit   02

Title II, -III, XLIV civil Rights   Dated 01-03-14    Exhibit   03
Grievance by Darryl Allmond                     04
                                                05
                                                06

CVS Pharmacy Prescription
record of Darryl Allmond    Dated 03-03-13    Exhibit   07
                                                  08
                                                  09

U F of Florida Psychiatry
Medical Summary of Darryl Allmond   Dated 03-01-13    Exhibit   10.-13

JSO Employee Complaint filed
by Darryl Allmond    Dated 02-25-13    Exhibit   14

JSO Internal Affairs Received
forward Darryl Almond. Complaint   Dated 03-14-13    Exhibit   15

Jax. Human Rights Comm.
Inquiry    Dated 09-20-13    Exhibit   16-17

Notice of Intent to Suit
JSO Medical and Mental Health   Dated 01-31-13    Exhibit   18

# EXHIBITS

## TABLE OF CONTENTS

| | | |
|---|---|---|
| NOTES of Darryl Allmond | Dated 1-11-13 thru 2-18-13 | Exhibit 19-20 |
| Health Serv. Request | Dated 1-31-13 | Exhibit 21 |
| Health Serv. Request | Dated 2-7-13 | Exhibit 22 |
| Settlement Demand | Dated 7-29-13 | Exhibit 23-24 |
| Prelitigation Notice | Dated 3-7-13 | Exhibit 25- |
| Public Liability Stamped | Dated 8-02-13 | Exhibit 26-27 |
| Inmate Request / Grievance Investigator request | Dated 2-6-13 | Exhibit 28 |
| Pre op, eye's | Dated 9-10-13 | Exhibit 29 |
| Post op eye's | Dated 9-24-13 | Exhibit 29 |
| Post op. eye's | Dated 10-1-13 | Exhibit 30 |
| Eye Tests | Dated 3-21-13 | Exhibit 31 |
| Psychiatry Diagnosis | Dated 11-13-12 | Exhibit 32 |
| Psychiatry Diagnosis | Dated 1-2-13 | Exhibit 33 |
| Post Operative Instr. | Dated 9-23-13 | Exhibit 34 |
| Discharge Order | Dated 9-23-13 | Exhibit 35 |
| Post-Operative Instr. | Dated 9-24-13 | Exhibit 36 |
| Inmate Charge Summary | Dated 2-21-13 | Exhibit 37 |
| Release Information, Darryl Allmond | Dated 2-21-13 | Exhibit 38 |
| Mugshot | Dated N/A | Exhibit 39 |

# EXHIBITS

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Inmate Grievance | Dated 2-7-13 | Exhibit 40-41 |
| Health Care Grievance | Dated 1-18-13 | Exhibit 42 |
| Health Care Request / Notes | Dated 1-17-13 | Exhibit 43 |
| Health Care Services Grievance | Dated 1-18-13 | Exhibit 44 |
| Health Services Request | Dated 1-17-13 | Exhibit 45 |
| Demand Letter | Dated 2-25-13 | Exhibit 46 |
| Title II ADA Complaint | Dated 12-6-13 | Exhibit 47 |
| Bias Based / Grievance | Dated 2-25-13 | Exhibit 48-49 |
| Complaint Not Resolved | Dated 1-6-14 | Exhibit 50 |
| Title II Supplemental Complaint | Dated 12-10-13 | Exhibit 51 |
| Abuse of Police Power Complaint | Dated 10-13-09 | Exhibit 52-53 |
| Salvation Army Correctional Service Grievance | Dated 5-21-08 | Exhibit 54 |
| Medical Request | Dated 1-11-07 | Exhibit 55 |
| Medical Request | Dated 1-10-07 | Exhibit 56 |
| Medical Request | Dated 1-15-07 | Exhibit 57 |
| Medical Request | Dated 1-13-07 | Exhibit 58 |
| Health Care Grievance | Dated 1-15-08 | Exhibit 59 |
| Health Care Grievance / CP | Dated 1-15-08 | Exhibit 60 |
| Motion To Quash Subpoena | Dated 6-10-09 | Exhibit 61-62 |
| Notice of Intent to suit | Dated 1-12-07 | Exhibit 63 |
| Notice of Intent to suit | Dated 1-29-07 | Exhibit 64 |
| Demand Notice of suit | Dated 7-7-08 | Exhibit 65-66 |

3

Mr. Darryl Allmond
2943 Spring Park Rd. #1603
Jacksonville, Fl. 32207
12/30/13

To: Staff, Rocelia Gonzalez, ADA Compliance officer
1 UNF Drive, Bldg. 6. Rm. 1314
Jax. Fl. 32224

Director of The ADA and
Beth Meyer ADA Coordinator
City of Jacksonville
117 W. Duval St. Ste 200
Jax. Fl. 32202

## "NOTICE OF APPEAL"
### Dec. 26, 2013 Reply by The ADA

I Darryl Allmond, Claimant hereby Appeal the decision by Beth Meyer ADA Coordinator. Contrary that my Compliant was not filed within 180 days. A complaint was filed with the Jacksonville Sheriff's office / Internal Affairs Unit, Public Safety / DOC, within 60 days of my release from Duval County Jail Chief Diaz acted upon thereof. Contrary to what she states that I did not receive any medication from 1/11/2013 thru. 2/21/13 through-out my incarceration. My Rights in whole or Part were violated.

Contrary all medication was not dispensed within 24 hours of my incarceration only (2) of them all others were denied including mental health for 30 days and more and doctors.

There appears to be a Plot to conceal an ADA Claim, a discrimination claim and an 8th amendment Claim, I believe that Chief Diaz and Beth Meyer are involved she change her statement made to me.

cc: All Parties

Notice of Intent to Suit Beth Meyer's & chief Diaz, etc.

Darryl Allmond, Pro Se

MILITARY AFFAIRS, VETERANS & DISABLED SERVICES DEPARTMENT

# *Jacksonville*
### Where Florida Begins.

December 26, 2013

**Certified Mail #:9171 9690 0935 0060 9940 01**

9171 9690 0935 0060 9940 01

Mr. Darryl Allmond
2943 Spring Park Road. Apt # 1003
Jacksonville, Florida 32207

9171 9690 0935 0060 9940 01

Mr. Allmond,

I received your Grievance Form on December 12, 2013 and have received verification of medical services provided to you during your incarceration from 1/11/2013 thru 2/21/2013. As you are aware, I was copied on the September 20, 2013 notification from JHRC concerning your Accommodation Questionnaire form which was not received within the required 180 days after the alleged unlawful practice occurred. In my capacity as ADA Coordinator I reviewed the alleged denial of medical services you referenced in your Grievance, and your claim of not receiving any of your medication through- out your incarceration.

I reviewed your file from the Department of Corrections and the medical treatment you received from 1/11/2013 thru 2/21/2013 including medication dispensed with-in 24 hours of your incarceration appears to have been appropriate care and not a violation of your rights as an individual with a disability.

As a point of reference, I am not required as the ADA Coordinator to review claims of discrimination of political beliefs or party affiliation.

Thank you,

Beth Meyer
ADA Coordinator
Manager of Disabled Services

Signature

12/30/13
Date

11:23 Am
Time

Witness signature

12/30/13
Date

11:23 Am
Time



Mr. Darryl Allmond, Pro-se
Legal Asst.
2943 Spring Park Rd. #1003
Jacksonville, Fla - 32207
904-382-3499 /
darrylandjane_011 @ hotmail - Com          Jan. 3, 2014

Title II, Title III, Title X L I V [44] of the Americans
With Disabilities Act, Civil Rights Act 760, Act 1992.
and On going harassment.

## Grievance Form
## City of Jacksonville

Reason for grievance / complaint:

    From or around 1-11-13 thur 2-21-13 and
on going from 2006 thur 1/2/14 I have been harass by the
City of Jacksonville employees and JSO employees and now
by JSO Medical Services, on the grounds of my handicap,
disabilites and Politcal belief.

    I have been denied in whole or part medical
services, while incarcerated at the City of Jacksonville
pretrial dentention Center. After filing an EEOC and ADA
Complaint harassment continued, by ADA Beth Meyer, whom may
have alter my medical records after I provided her with my
exhibits along with medical chief A. Diaz to conceal
my claim's. My interview with Beth Meyer indicated
that General Counsel William B - Burkett [Butch] and
Diane Bird have involvement, on 1/2/14, 11/18/13, Dec. 2.3. 2013
along with Beth office, which Just Gave me a run around and
inflicted mental Stress. on 1/2/14 I requested a non-
resolution letter after our meeting based upon her mis statement
and incomplete investigation aided by General Counsel office.

1.

It appears the Settlement agreement between The U.S. of America and Consolidated City of Jacksonville. Dept. of Justice Complaint No. 204-17m-279, ~290, ~295, ~346, ~361, ~400 & 401 has been violated in whole or in Part.

The City through the Sheriff's office will report to dept. on Compliance to report any violation, however they fail that.

I Appealed Beth Meyer Dec. 26, 2013 finding to Rocelia Gonzalez, ADA Compliance office on Dec. 30, 13- including statement findins by chief Diaz of medical unit.

My conversation with EEOC director, she claim that I am not an employee of the City of Jacksonville, she lack Jurisdiction and refused to allow me to supplement my my complaint or provide me with the forms with respect to complaints of discrimination of my Political belief or affiliation with the New Black Panter Party and ongoing harassment and my handicap. General Counsel William Burkette also has a Problem with my Political belief.

For more than 30 days health care or service was denied for Mental health, doctor's medication, denied medications for major depression, Post trumatic stress, eye's, knee Pain, c-spine Pain, Hep.C, Prostate enlargement [cancer] after 30 days ARPN Tate Provided Heart medication for the Prostate. Refused to seem me on 1-13-13 and 1-30-13, she made the appointment It was stated by medical tect Darryl that Your a black Panter and he have a white Women, he can not talk with me about the medication he have to keep away from me.

2.

On Feb. 6-2013 Darryl Allmond filed a Grievance with Dept. of correction investigator. W. Reynolds #69080 met with ARPN Tate on 2-11-13. On 2-15-13. Investigator finds in favor of inmate Darryl Allmond on denial of medical services. as to all other Complaints. at 500 E. Adam's ST. Jacksonville, Fl. 32202. Other Violations gave rise at City of Jacksonville. 117 W. Duval ST. Jacksonville, Fl. 32202

After Allmond was sentenced to time served in Feb. 2013, the Dept. of Correction. Fail to release Pretrial detanee, False imprisonment or illegal detention to continue their harassment noting that Allmond filed over the years many complaints of violations of his civil Rights treatment and care of medical denials.

The moving finding of these employed by the City of Jacksonville can not be trusted. When Allmond met with Ms. Meyer, back in Dec. her statement in whole or in Part: Her finding was that nothing was in Place to address newly admitted inmate with medication, care or treatment in a timely mannor and if something was in Place they did not follow Policy or Procedure's and that they need to Put another doctor in Place to assure newly admitted in mates medication, treatment. Since general Counsel involvement that report and statement change and report disappeared as she informed me that it was given to General Counsel however general Counsel denied Ms. Meyer statement over and over again.

On Feb. 25-13 Allmond filed a Bias Based | Grievance, employee complaint form I.A. # 13-00106.

WHEREFORE, Demand that the U.S. Department of Justice, do the honor's in this Complaints.

cc= File
U.S DPt. of Justice
ADA Coor. Beth Meyer's
Dir- EEOC
Office of General Counsel
ADA Compliance officer
Rocelia Gonzalez
I.A.

Darryl Allmond, Pro-Se
Legal Asst.

3.

1/3/14

I Darryl Allmond, Pro-se, Legal Asst. hereby
declare Under the Penalty of Perjury the statement
made by me is true and correct and based upon
belief and Knowledge that if I say anything
Wilfully false I am subject to Punishment by Law.


Date: 1/3/14

Darryl Allmond Pro Se
Darryl Allmond
Legal Asst.


_____          _____
                                              NOTARY

4.

# CVS
# Pharmacy

**ALLMOND, DARRYL**
**2943 SPRING PK RD**
**JACKSONVILLE,FL,32207**

Private and Confidential
Intended for Addressee Only

03/03/13

Dear Patient: ·

Enclosed is your Patient Prescription record,as recently requested from CVS/Pharmacy.

If you have questions about this record,please go to www.CVS.com/privacy for further information or contact the Privacy Office at 1.800.287.2414.

PATIENT PRESCRIPTION RECORD
11/01/2012 THRU 03/03/2013

Date: 03/03/2013 Time: 11:07:15 AM

PHARMACY NAME: 06801 # 06801
ADDRESS: 5972 UNIVERSITY BLVD., WEST
CITY, ST, ZIP: JACKSONVILLE, FL, 32216

PATIENT KEY: 11276391
PATIENT NAME: ALLMOND, DARRYL
ADDRESS: 2943 SPRING PK RD
CITY, ST, ZIP: JACKSONVILLE, FL, 32207

TELEPHONE:
BIRTHDATE:
GENDER:
RELATIONSHIP:

CURRENT ALLERGIES ON RECORD: No Information Available
CURRENT CONDITIONS ON          No Information Available

| STORE NO # | RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | TP # 1 PD AMT | TP # 2 PD AMT | TP # 3 PD AMT | TP # 4 PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06801 | 0447315 | 000 | 60258085001 | CYPROHEPTADINE 4 MG TABLET | OBER, VINCENT | 12/28/2012 | T.Walk | 30.00 | 6.47 | 6.47 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021401380001 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0447315 | 001 | 60258085001 | CYPROHEPTADINE 4 MG TABLET | OBER, VINCENT | 02/22/2013 | P.Cove | 30.00 | 6.47 | 6.47 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10022236648501 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0447324 | 002 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | OBER, VINCENT | 11/09/2012 | N.Elsa | 16.00 | 24.89 | 24.89 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10020669348701 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0447324 | 003 | 00054327099 | FLUTICASONE PROP 50 MCG SPRAY | OBER, VINCENT | 12/28/2012 | T.Walk | 16.00 | 24.89 | 24.89 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021401396401 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0454810 | 001 | 00591090030 | GLIPIZIDE ER 2.5 MG TABLET | OBER, VINCENT | 12/27/2012 | N.Elsa | 30.00 | 9.75 | 9.75 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021392925401 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0421653 | 002 | 00172376080 | LISINOPRIL 20 MG TABLET | OBER, VINCENT | 12/30/2012 | T.Walk | 90.00 | 7.42 | 7.42 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021418776001 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0447323 | 000 | 68180050101 | MELOXICAM 7.5 MG TABLET | OBER, VINCENT | 12/28/2012 | T.Walk | 30.00 | 4.61 | 4.61 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021401375801 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0447323 | 001 | 68180050101 | MELOXICAM 7.5 MG TABLET | OBER, VINCENT | 02/22/2013 | P.Cove | 30.00 | 4.61 | 4.61 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10022236654801 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0454811 | 001 | 00093104801 | METFORMIN HCL 500 MG TABLET | OBER, VINCENT | 12/27/2012 | N.Elsa | 120.00 | 6.71 | 6.71 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021392932201 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0457828 | 000 | 00378351593 | MIRTAZAPINE 15 MG TABLET | ROSENBERG, LESLIE | 11/13/2012 | B.King | 30.00 | 6.58 | 6.58 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10020707316101 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0457828 | 001 | 00378351593 | MIRTAZAPINE 15 MG TABLET | ROSENBERG, LESLIE | 12/28/2012 | T.Walk | 30.00 | 6.58 | 6.58 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021401392301 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0465908 | 000 | 00093101042 | MUPIROCIN 2% OINTMENT | OBER, VINCENT | 01/08/2013 | T.Walk | 22.00 | 12.73 | 12.73 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021528661601 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |
| 06801 | 0465915 | 000 | 62756016088 | TAMSULOSIN HCL 0.4 MG CAPSULE | OBER, VINCENT | 01/08/2013 | N.Elsa | 30.00 | 10.44 | 10.44 | | | | 0.00 |
| | 1ST PYR #: | | 175 | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: | | 10021529903701 | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |

**PATIENT PRESCRIPTION RECORD**
**11/01/2012 THRU 03/03/2013**

Date: 03/03/2013 Time: 11:07:15 AM

Holiday CVS, LLC # 06801

| | |
|---|---|
| **PHARMACY NAME:** | 06801  # 06801 |
| **ADDRESS:** | 5972 UNIVERSITY BLVD., WEST |
| **CITY, ST, ZIP:** | JACKSONVILLE, FL, 32216 |

| | | | |
|---|---|---|---|
| **PATIENT KEY:** | 11276391 | **TELEPHONE:** | |
| **PATIENT NAME:** | ALLMOND, DARRYL | **BIRTHDATE:** | |
| **ADDRESS:** | 2943 SPRING PK RD | **GENDER:** | |
| **CITY, ST, ZIP:** | JACKSONVILLE, FL, 32207 | **RELATIONSHIP:** | |

| STORE NO # | RX NUMBER | RFL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP | TOTAL PRICE | TP # 1 PD AMT | TP # 2 PD AMT | TP # 3 PD AMT | TP # 4 PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06801 | 0465915 001 | | 62756016088 | TAMSULOSIN HCL 0.4 MG CAPSULE | OBER, VINCENT | 02/22/2013 | P.Cove | 30.00 | 10.16 | 10.16 | | | | 0.00 |
| | 1ST PYR #: 175 | | | 2ND PYR #: | | 3RD PYR #: | | | | | 4TH PYR #: | | | |
| | TP1 AUTH #: 10022231065001 | | | TP2 AUTH #: | | TP3 AUTH #: | | | | | TP4 AUTH #: | | | |

| | | | |
|---|---|---|---|
| 14 | **TOTAL AMOUNTS :** | 142.31    142.31 | 0.00 |

Private and Confidential Intended for Addressee only



**UF | UNIVERSITY of FLORIDA**

University of Florida - Outpatient Psychiatry

580 W 8th St
Jacksonville, FL 32209
(904) 383-1038
(904) 244-3993 Fax

# University of Florida - Outpatient Psychiatry Medical Summary

**Patient Detail for DARRYL ALLMOND**                                    **MRN: 1273797**

| | | | |
|---|---|---|---|
| **Contact** | DARRYL ALLMOND | **Date Of Birth** | |
| **Address** | 2943 SPRING PARK RD | **Gender** | |
| | JACKSONVILLE, FL 32207 | **Marital Status** | |
| | **(904)233-0781 (Home phone)** | | |
| | | **Language** | English - preferred |

**Reason for Referral**

No Reason for Referral was given.

**History of Present Illness**

No HPI available.

**Problems**

- Normal Routine History And Physical Adult (V70.0); (Active)
- Headache (784.0); (Active)
- Serum Zinc Level (790.6); (Active)
- Serum Copper Level (790.6); (Active)
- Hepatitis (573.3); (Active)
- Patellofemoral Syndrome (719.46); (Active)
- Lower Back Pain (724.2); (Active)
- Joint Pain, Localized In The Knee (719.46); (Active)
- Cervicalgia (723.1); (Active)
- Cervical Radiculopathy (723.4); (Active)
- Visit For: Issue Medical Certificate Disability (V68.01); (Active)
- Left Ventricular Hypertrophy (429.3); (Active)
- Possible Bicuspid Aortic Valve (746.4); (Active)
- Abnormal Electrocardiogram (794.31); (Active)
- Need For Vaccination Hepatitis B (V05.3); (Active)
- Onychomycosis (110.1); (Active)
- Tinea Pedis (110.4); (Active)
- Allergic Rhinitis Clinical Progress: Inadequately controlled; (477.9); (Active)
- Hyperlipidemia (272.4); (Active)
- Vitamin D Deficiency (268.9); (Active)
- Benign Prostatic Hypertrophy (600.00); (Active)
- Chronic Post-traumatic Stress Disorder (309.81); (Active)
- Depression (311); (Active)
- Diabetes Mellitus (250.00); (Active)
- Hepatitis, C Virus (070.70); (Active)
- Hypertension (401.9); (Active)
- Male Erectile Disorder Clinical Progress: Well Controlled; (302.72); (Active)

**Medication**

**Patient Name: DARRYL ALLMOND**
 **MRN:1273797**

**DOS:03/01/2013**

- ♦ Cyproheptadine HCl 4 MG Oral Tablet; TAKE 1 TABLET DAILY (Active)
- ♦ Blood Glucose Monitor KIT; Check glucose twice a day and as needed.; Start Date: 11/09/2009 (Active)
- ♦ Blood Glucose Meter KIT; Check glucose twice a day. Provided meter, strips and lancets for 3 months.; Start Date: 11/16/2010 (Active)
- ♦ MetFORMIN HCl 500 MG Oral Tablet; take 2 tablets by mouth twice a day; Start Date: 07/13/2009 (Active)
- ♦ Viagra 100 MG Oral Tablet; TAKE 1/2 TABLET 1 HOUR BEFORE INTERCOURSE.; Start Date: 07/13/2009 (Active)
- ♦ Meloxicam 7.5 MG Oral Tablet; TAKE 1 TABLET BY MOUTH EVERY DAY AS NEEDED; Start Date: 10/08/2009 (Active)
- ♦ GlipiZIDE ER 2.5 MG Oral Tablet Extended Release 24 Hour; TAKE 1 TABLET BY MOUTH EVERY DAY FOR DIABETES; Start Date: 10/08/2009 (Active)
- ♦ Pegasys 180 MCG/ML Subcutaneous Solution; INJECT 1 ML WEEKLY AS DIRECTED inject 1 ml subcutaneously once a week; Start Date: 08/27/2012 (Active)
- ♦ Ribavirin 200 MG Oral Tablet; Take three(3) tablets by mouth in the morning and two(2) tablets by mouth in the evening daily. MDD:1000mg TDD:1000mg; Start Date: 08/27/2012 (Active)
- ♦ Incivek 375 MG Oral Tablet; Take two(2) tabs by mouth every 7-9 hours with food daily; Start Date: 08/27/2012 (Active)
- ♦ Fluticasone Propionate 50 MCG/ACT Nasal Suspension; USE 2 SPRAYS IN EACH NOSTRIL ONCE DAILY; Start Date: 09/06/2012 (Active)
- ♦ Terbinafine HCl 1 % External Cream; APPLY 2-3 TIMES DAILY TO FEET TWICE A DAY.; Start Date: 09/06/2012 (Active)
- ♦ Mirtazapine 15 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME.; Start Date: 10/10/2012 (Active)
- ♦ Tamsulosin HCl 0.4 MG Oral Capsule; TAKE 1 CAPSULE DAILY; Start Date: 01/08/2013; End Date: 01/01/1900 (Active)
- ♦ Lisinopril 20 MG Oral Tablet; take 1 tablet by mouth every day; Start Date: 04/15/2011 (Active)
- ♦ CVS Vitamin D3 400 UNIT Oral Capsule; TAKE 1 CAPSULE DAILY. (Active)
- ♦ Mupirocin 2 % External Ointment; APPLY A SMALL AMOUNT 3 TIMES DAILY AS DIRECTED.; Start Date: 05/14/2012 (Active)

**Allergies and Adverse Reactions**

- ♦ Tetanus Toxoids (Active)

**Past Medical History**

- ♦ History of Backache (724.5); (Resolved)
- ♦ History of Hypertension (401.9); (Resolved)
- ♦ History of Knee Injury (959.7); (Resolved)
- ♦ History of Neck Injury (959.09); (Resolved)
- ♦ History of Headache (784.0); (Resolved)
- ♦ History of Heart Disease (429.9); (Resolved)
- ♦ History of Red Blood In Bowel Movement (Hematochezia) (578.1); (Resolved)
- ♦ History of Arthritis (V13.4); (Resolved)
- ♦ History of Acute Hepatitis, C Virus (070.51); (Resolved)
- ♦ History of Abdominal Pain (789.00); (Resolved)
- ♦ History of Anserine Bursitis (726.61); (Resolved)
- ♦ Working diagnosis of Cardiomyopathy (425.4); (Resolved)
- ♦ History of Folliculitis (704.8); (Resolved)
- ♦ History of Cough (786.2); (Resolved)

**Procedures**

| Procedure | Procedure Date | Date Completed | Status |
|---|---|---|---|
| Knee Surgery | - | - | Resolved |
| Spine Repair | - | - | Resolved |

**Immunization**

- ♦ Hepatitis B - Administered on: 04/30/2012
- ♦ Hepatitis B (Engerix) (Lot #: AHBVB944BB) - Administered on: 05/30/2012

**Family History**

**Patient Name: DARRYL ALLMOND**
**MRN:1273797**

**DOS:03/01/2013**

♦ Maternal history of Hypertension (V17.49); (Active)

## Social History



## Vital Signs

| Date | Description | Test | Result |
|------|-------------|------|--------|
| 01 Mar 2013 09:44 AM | recorded by: Lomas, Carla | | |
| | | Weight | 123.4 lb |
| | | Body Mass Index Calculated | 18.7 |
| | | Body Surface Area Calculated | 1.67 |
| | | BP Systolic | 146 mm[Hg] |
| | | BP Diastolic | 93 mm[Hg] |
| | | Resiration Rate | 16 /min |
| | | Heart Rate | 91 /min |

## Advance Directives

♦ No Advance Directives available.

## Encounters

♦ Appointment 03/01/2013
♦ EPA, Provider: Ober,Vincent, Status: Pen, Time: 1:20 PM 04/08/2013

## Healthcare Providers

| Ambulatory Health Care Facilities | Leslie Rosenberg<br>**Address:** UNK<br>(904)383-1038 (Work phone) |
|---|---|
| Pharmacy | CVS Pharmacy # 6801<br>5972 UNIVERSITY BLVD. WEST<br>JACKSONVILLE, FL 32216<br>(904)419-5674 (Work phone) |

## Patient Contacts

| Emergency Contact: | JANE CHARLES<br>5404 SHARON TERRACE<br>JACKSONVILLE, FL 32207<br>(904)705-7905 (Home phone) |
|---|---|

## Document Details

| **SUMMARIZATION OF EPISODE NOTE** | **Encounter** | March 1, 2013 09:45+0000 |
|---|---|---|
| **From** | Enterprise EHR 11.201.4225.19383 | **Site** | University of Florida - Outpatient Psychiatry<br>580 W 8th St<br>6th Floor, Tower II<br>Jacksonville, FL 32209<br>(904)383-1038 (Work phone) |

**Patient Name: DARRYL ALLMOND**
**MRN:1273797**

**DOS:03/01/2013**

**Created**    March 1, 2013 10:17-0500                **By**        Leslie Rosenberg

**JACKSONVILLE SHERIFF'S OFFICE**
**501 E. BAY STREET**
**JACKSONVILLE, FLORIDA 32202-2975**

# EMPLOYEE COMPLAINT FORM

| Nature of Incident/Event | I.A. # *(Administrative Use Only)* |
|---|---|
| | |

## SHERIFF'S OFFICE EMPLOYEE INFORMATION    CITIZEN INFORMATION

| Employee's Name and ID# (if known) | Citizen's Name (First  MI  Last) | |
|---|---|---|
| JSO Med. Serv. / classification officer | Darryl Allmond | |

| Race | Sex | Height | Weight | Approximate Age | Home Address | Apt# |
|---|---|---|---|---|---|---|
| | | | | | 2943 Spring Park Rd. | 1003 |

| Other Identifying Characteristics | City | State | Zip Code |
|---|---|---|---|
| | Jax. | Fl. | 32207 |

| Vehicle or Tag # | Vehicle Model | In Uniform | Race | Sex | D.O.B. |
|---|---|---|---|---|---|
| | | | B/K | M | ▓▓▓▓ |

| Employee Vehicle Description (Marked/Unmarked, Color) | Home # | Business # | Cell # |
|---|---|---|---|
| | | | 237-0781 705-7905 |

| Location of Incident/Event | Name of Witness (First  MI  Last) |
|---|---|
| | |

| Day and Date of Incident/Event | Time | Witness Address    City, State    Zip Code |
|---|---|---|
| | | |

| Today's Date and Time | Witness Phone Number(s) |
|---|---|
| | |

**EXPLANATION OF EVENT:** (Also list on the back any additional information, employees, witnesses, etc)

From date 1-11-13 thur 2-20-13, Medication care and treatmest was denied, except for ~~medifirmend~~ metformin, which has been alter Lipril, was given. ARNP Tate, failed to treat with medication even on 1-13-13, 1-30-13 fail to keep appt. Medical dept- was aware of all medications or injuries complained of. Stated will contact CVS, or my doctors for list of medications and treatment they ~~bright~~ fail that to- Refered to mental health fail that to

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

Signature of Citizen: _Darryl Allmond, Pro Se_          2-25-13
All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| ✗ 63416 | I.A. | 2/25/13  @ 2:15p |

P-0235 Rev. 03/2009

I.A. # _____

**JACKSONVILLE SHERIFF'S OFFICE**
**EMPLOYEE COMPLAINT FORM**
**NARRATIVE CONTINUATION SHEET**

Continue explanation of incident/event, listing additional witnesses and employees.  List names, addresses and phone numbers of all additional parties.

On 2-20-13 Judge Hudson sentence me to time Served, I was not release until the next day. Contrary to the Court order. I file greivan complaints while at the jail, with JSO medical Services, and to Dept. of Correction officers.

They have clearly breach the contracts and I was denied medical benefits- Violations of my 14th, 8th, 5th., 4th., 1st. amendments rights- Medical Tech. Darryl, said because I am a black Panther he will not talk to me because he has a white women I was discriminated against because I am a black Panther, Minister of Justice & law and LT. I suffered needless pain as even officer said to medical Tech. Thats a black Panther 2nd shift officer white male young looking. See Attached Demand Letter, present pursuant to Fla. Stat. at least 5 medications for treatment was denied for more that than 30 days at the Duval County Jail.

P-0235 Rev. 03/2009



# OFFICE OF THE SHERIFF

*CONSOLIDATED CITY OF JACKSONVILLE*



501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

**John H. Rutherford**
**Sheriff**

March 14, 2013

Darryl Allmond
2943 Springs Park Road Apt. 1003
Jacksonville, FL  32207

**RE:  Internal Affairs Case No.: 13-00106**

Dear Mr. Allmond:

The Internal Affairs Unit of the Jacksonville Sheriff's Office has received your complaint. We appreciate that you have taken the time in responding to an incident you felt needed our attention.

The information will be forwarded to **Chief A. Diaz (630-7422),** the employee's commander, for supervisory review of the incident detailed in your complaint. Your concerns are of importance to us as we regret your encounter was unfavorably perceived.  I am forwarding this matter to the member's Commanding Officer to examine the circumstances and to discuss your concerns with the member.

The Jacksonville Sheriff's Office is committed to providing the best law enforcement service to all citizens within our jurisdiction.  Your complaint will allow us to critique the member's actions to ensure professionalism within our Department.  Please contact the above listed Commanding Officer if you have any additional information, questions or comments.

Sincerely,

**JOHN H. RUTHERFORD, SHERIFF**

S. G. Gallaher, Lieutenant
Internal Affairs Unit

SGG/clg



*A Nationally Accredited Agency*          *An Equal Opportunity Employer*



**JACKSONVILLE
HUMAN RIGHTS
COMMISSION**

September 20, 2013

**CERTIFIED MAIL #: 7012 2920 0001 6148 5190
REGULAR MAIL**

Mr. Darryl Allmond
2942 Spring Park Road, Apt # 1003
Jacksonville, Florida  32207

**RE:  JHRC Inquiry #:  0461-09052013-PA**

Dear Mr. Allmond:

This letter is to acknowledge receipt of your Public Accommodations Questionnaire on September 5, 2013.

According to Section 406.401 of Chapter 406 of the Jacksonville Municipal Code, a complaint alleging an unlawful public accommodation must be written, signed, and sworn within 180 days after the alleged unlawful practice occurs.   Unfortunately, you indicated on the Questionnaire you submitted that the last date of harm occurred during February 2013 which is beyond the 180 day filing deadline.

Notwithstanding this deadline, your concerns have been to the city's Disabled Services Manager and ADA Coordinator, Elizabeth Meyer because you allege you were refused medical care, treatment and attention for serious injuries.  As the ADA Coordinator for the city, the ADA Coordinator is the proper person to investigation your concerns.  While your complaint will be handled by Ms. Meyer, I will continue to work with her on your complaint.  Ms. Meyer's contact information is as follows:

Elizabeth Meyer, Manager of Disabled Services and ADA Coordinator
Office of Disabled Services
117 West Duval Street, Suite 205
Jacksonville, FL 32202

**Mr. Darryl Allmond**
**September 20, 2013**
**Page 2**


If you have any further questions regarding your grievance, please contact Ms. Meyer at (904) 630-4940.

Sincerely,

Charlene Taylor Hill
Executive Director

Copy to:     Beth Meyer, Disabled Services Manager and ADA Coordinator
             City of Jacksonville

1-31-13

To: Medical
Mental
Health

JAN 31 2013

# "NOTICE OF INTENT"
## "TO SUIT" fee 2/1/13

I Darrll Allmond, Pro-Se, Hereby give Notice To Suit, CMS whom employees work at the Jacksonville Pre Trial Detention Center, Duval County, Florida. Since 1/11/13, I been denied medical treatment medication for Pain, mental Health, infectious Disoease and cronic Condition.

Grievance were submit cms states they See me on 1-30-13. Failed. I have been denied Health Services many times in the Past also.

These denial breach Contracts to Provide medications Prescribed by doctors of the State of Florida. The action of defendants are clearly Wilful and Gross Negligence That also Violate's my constitional Rights with malice and intent to leave a Pre Trial detainee, a serious distresvard to the rights of others. DEMAND, $ 2,000,000.oo dollars Trial by Jury on all issves triable by Jury.                    Darryl Allmond Pro-Se

Retvrn Cert mail       # 2013001031
Received.               2E30-7!

                        Dvval County Det.
                        500 E Adams St.
                        Jax, Fl. 3220-

cms

| 2-6-13 | 9:20 a.m talked to orental med. Tech. she look into the matter from last week on why 5 medication is not given, so who altered a prescribe regium of a doctor to change my dose in fraud I practice. I am letting the 5 am not being treated I represent in person of the medical unit business.

Fail to keep their 1-30-13 appointment the man default to give reason further refuse to confirm medication with drug store fail to bridge a release form to receive the records.

| 2-6-13 | Request for investigator to issue of denial of care, and rather because I am a rep. black panther party. Nurse Tec Daryl say he has a white woman he can't talk to a black panther prior further this.

Medical Tech.

"ISO MEDICAL SERVICES"

1. On 2-12-13, Denied Med. Form, states, man. Mo. was ordered, it was not given, say the evening Tech, will give "Ms. Reyes"

2. However, it was denied by Tech, states it is looking, but fail to provide, ask for N/R name fail to provide.

3. On or around 2-11-13 N/p also said will refer to Ms. Luna, diabetic specialist, and the record do not show that you were taken in in which I was taken 2009. "Ms. Tate"

4. 2-13-13 - Metformine was given this morning. 2000 mg of no. boxes.

5. 2-14-13, at 8:40 a.m. Tech. nurse gave meds with dates 2-14-13. but Female, was unable to check off meds because she left to assist with skin way

6. 2-15-13, Request for a review to medical about heart med. and Prostate med. is given

| To: | From 1-81-13 To | | |
|---|---|---|---|
| 2-14 | stoole - 34 days 5 after | "Treatment Denied" | 1-81-13 To |
| 2-14-13 | Pain - Nepssen ✓ | 34 days late | |
| | enlarge Prostate | 34 days late | |
| | Eye Drop | | |
| | Phsy. med. | | |
| 2-14-13 | Sinus med - claritan ✓ | | |
| N/A | Hip | | |
| 2-13-13 | ✓ metformin afford then denied - | why was it stop | 83 days late |
| N/A | ✓ special Diet | | |
| okay | ✓ Lipril, metformine / cordorok | | 1. |

2-16-13,

Cardura - Heart was given again / morning N/T stat's this med. is for the heart, I to when didn't talk about the heart with N/P TaTE.
No eye drop No med for prostate
    In form 1st shift med/Tech. discontinue the Cardura for the heart until I get answers that was after lunch

2-17-13 Refused to take "Cardura" Heart meds and sign refusal paper. on the ground did not talk to N/P about heart Med. But Prostate Enlargment

2-19-13 File 2 greivens internal Exam. Card's

2.

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**DIVISION OF HEALTH SERVICES**

*Rec'd 2/1/13*
*JAN 3 1 2013*

## Non-Emergency Health Services Request

Name: Darryl Allmond      Date: 1-31-13      Location: 2E 3B-71

Jail Number: 2013001031      Date of Birth: ▓▓▓▓▓

**NOTE:** JSO has a co-payment policy (**$5 dollar per request plus $5 dollar for medications**). However, access to care will not be denied if you do not have any money/funds. Fees apply only to Medical, Dental and Mental Health requests.

*Objection To.*

### Service Requested ( Check ONLY one)

☑ Medical    ☐ Dental    ☐ Mental Health    ☐ Testing for HIV/STD    ☐ Information-Inquiry Only
☐ Requesting a Grievance Form    ☐ Recognition – Suggestions (See below)

**PLEASE READ**: Describe and/or answer questions related to your medical, mental health, or dental problem (To expedite your request, make sure that the information is accurate, neat, and you SIGN the request. Any **incomplete request, foul language** or unreasonable non-health related requests may be rejected)

Recognitions-Suggestions: If you are using this form to recognize a health care provider or suggest ways to improve health care services, the Division of Health Services thanks you for taking your time and assures you that your opinion matters.

Information provided is confidential and will be reviewed by a health care professional and you will be scheduled for a medical appointment if needed

State Problem:

How long have you had this problem:

If pain:    Location:                    Pain goes also to:

Feels like: ☐ Aching  ☐ Burning  ☐ Crampy  ☐ Dull  ☐ Sharp  ☐ Squeezing  ☐ Stabbing

In the last 24 hours: Assign a number to your pain with 10 the worst pain of your life and 0 no pain: Number:

Date time problem/pain started:

Problem/pain is ☐ Constant  ☐ Often  ☐ Occasional

Number of episodes in the last 24 hours:

Problem/pain happened/started after:

Problem/pain is made worse by:

Problem/pain is made better by:

With problem/pain I also experience: ☐ Shortness of breath  ☐ Sweating  ☐ Fever  ☐ Nausea  ☐ Vomit  ☐ Diarrhea

Other: Please Accept this NoTICE in lieu of a more formal brief- "NoTICE OF INTENT TO SUIT" on 1-17-13 You made an appointment on -1-30-55 You fail To you fail to keep it- Wilful Negligence-del- indifference civil Rights &

SIGNATURE: Darryl Allmond Cont violations

### FOR MEDICAL PERSONNEL USE – DO NOT WRITE ON THIS BOX

☐ A ☐ B ☐ C    ☐ Sch. RN. ☐ Sch. MLP ☐ Dental ☐ STDs ☐ Sch. For      Send request to: ☐ Patient ☐ RM ☐ Other:

Please resubmit on enclosed grievance form.

Triaged by:                    Date:

P-1910 01/2011

Ex: DA 3

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**DIVISION OF HEALTH SERVICES**

FEB 0 8 2013

## Non-Emergency Health Services Request

Name: Darryl Allmond    Date: 2-7-13    Location: 2 E 3 B-71

Jail Number: 201300 1071    Date of Birth: ▓▓▓▓▓▓

**NOTE:** JSO has a co-payment policy (**$5 dollar per request plus $5 dollar for medications**). However, access to care will not be denied if you do not have any money/funds. Fees apply only to Medical, Dental and Mental Health requests.

Objection to JSO co-payment policy

**Service Requested ( Check ONLY one)**

☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Testing for HIV/STD   ☐ Information-Inquiry Only
☐ Requesting a Grievance Form   ☐ Recognition – Suggestions (See below)

**PLEASE READ:** Describe and/or answer questions related to your medical, mental health, or dental problem (To expedite your request, make sure that the information is accurate, neat, and you SIGN the request. Any **incomplete request, foul language** or unreasonable non-health related requests may be rejected)

Recognitions-Suggestions: If you are using this form to recognize a health care provider or suggest ways to improve health care services, the Division of Health Services thanks you for taking your time and assures you that your opinion matters.

---

Information provided is confidential and will be reviewed by a health care professional and you will be scheduled for a medical appointment if needed

State Problem:

How long have you had this problem:

If pain:   Location:                    Pain goes also to:

Feels like: ☐ Aching  ☐ Burning  ☐ Crampy  ☐ Dull  ☐ Sharp  ☐ Squeezing  ☐ Stabbing

In the last 24 hours: Assign a number to your pain with 10 the worst pain of your life and 0 no pain: Number:

Date time problem/pain started:

Problem/pain is ☐ Constant  ☐ Often  ☐ Occasional

Number of episodes in the last 24 hours:

Problem/pain happened/started after:

Problem/pain is made worse by:

Problem/pain is made better by:

With problem/pain I also experience: ☐ Shortness of breath  ☐ Sweating  ☐ Fever  ☐ Nausea  ☐ Vomit  ☐ Diarrhea

Other: Thanks for reply of grievance, 2-6-13. Objection to any co-payment I am indigent & have medicaid. No co-payment. You failed to keep your prior appointment at 1-30-13. You fail to allowed me to sign medical release. I already have prescribed medication for mental health. This is not release you from law suit but I am willing to comply

SIGNATURE: With your lawyers [____ ____]   Darryl Allmond

---

**FOR MEDICAL PERSONNEL USE – DO NOT WRITE ON THIS BOX**

☐ A ☐ B ☐ C   ☐ Sch. RN. ☐ Sch. MLP ☐ Dental ☐ STDs ☐ Sch. For      Send request to: ☐ Patient  ☐ RM  ☐ Other:

Please resubmit on enclosed grievance form.

FEB 1 1 2013

Triaged by:                    Date:

P-1910 01/2011

July, 29, 2013

Mr. Cory Phillips
COJ Risk Management Division
231 East Forsyth Street, Room 440
Jacksonville, Fla. 32202-3381

RECEIVED

Public Liability

Insured: City of Jacksonville
File Number: 13-544

## CLAIM SETTLEMENT

Darryl Allmond, referred to herein as the First Party and City of Jacksonville, referred to as the Second Party agree:

That the parties have a potential claim dispute.

In full and complete settlement of any and all claims under the laws of any applicable jurisdiction and Fla. Statutes section 768.28 and any other, second party pay the amount of $300,000.00 to First Party related to or arising from the claim referred to herein. Said settlement shall also include any attorney's fees or claim litigation expense.

1.

This release shall also inure to the benefit of all Parties.

This release shall be contingent upon the approval of the Party's or Court. Upon final approval, which shall be defined as an approval for which no further review is possible, Payment shall be made. In the event that the settlement is not approve this agreement shall be void and in no effect.

READ CAREFULLY, THIS IS A FINAL AND BINDING AGREEMENT AND WAIVER OF ALL FUTURE RIGHTS, UPON PAYMENT THE FIRST PARTY WILL HAVE NO FUTURE RIGHTS.

This is the entire agreement between the Parties and may only be varied by a writing executed by the Parties.

_____
Second Party
City of Jacksonville


Dated: _____

First Party
DarryL Allmond

2943 Spring Park Rd. #100?
Jacksonville, Fla - 32207
904-705-7905 / 629-3221

Cc: General Counsel

2.

DARRYL ALLMOND, PRO-se
                Plaintiff

        vs

JSO MEDICAL SERVICE, ET. AL.
First Name Unknown, ARNP TATE,
DUVAL COUNTY JAIL ADMINISTRATION,
City of Jacksonville, John and Jane Doe's
                Defendants

CIV. No.: _____
_____

RECEIVED

AUG 02

Public Liability

Prelitigation Notices and Offers to Settle

NOTICE - INTENT TO INITIATE LITIGATION
[§766.106(2), Fla. Stat.]

To: Prospective Defendants, JSO Medical Service, ARNP Tate,
    Duval County Jail Administrators. 500 E. Adams Street,
    Jacksonville, Fl. 32202.

FROM: Darryl Allmond, Plaintiff, who resides at 2943
      Spring Park Road, APT. 1003 Jacksonville Fla. 32207,
      Duval County, Fla, notifies you, Pursuant to §766.106(2),
      Fla. Stat., of Darryl Allmond's intent to initiate
      litigation against you for medical malpractice, Wrongful
      medication, Failure to exercise due care and skill,
      Negligence in prescribing medications, to Pretrial
      detainee, Failure to attend Patient, Failure to Provide
      mental Health, Failure to refer Plaintiff to a Specialist,

1.

Failure to properly diagnose and treat eye injury, breach
of Contract third Party beneficiary, and unlawful confinement,
denial of due Process and equal Protection of law, Violations
of my civil Rights and civil Liberties. The Claim is based
on the following facts and circumstances: on date 1-11-13
Plaintiff entered Duval County Jail and was seen by JSo Medical
Services, and made defendant JSo medical Service, aware of
all needed medications Prescribed by his Private doctors and or
directed the nurse to Contact CVS or his doctor for a list
of Prescribe medications; the nurse agreed, and stated that they
will call the Plaintiff to the medical floor; for care and
treatment. only medication give was for high blood Pressure
which was altered. the diabeties medication was given.

For more than 30 days no medication was Provided for
the left eye, Prostate enlargement, depression, Post trumatic
stress, Pain for left Knee and C-Spine -C3-C4-C5-C6, Hep. C,
however; NP Tate Provided Heart medication to treat Prostate
enlargement.

on date Feb. 20, 2013, Plaintiff was Sentence to 120 days
118 days credit and time served defendant Duval County Jail fail
to release the Plaintiff until the next day.

On 2-6-13 Plaintiff filed grievance to Dept. of Correction
investigator. W. Reynolds 69080, reply seen by ARNP Tate on
2-11-13 to address medical concurns, on 2-15-13 investigators,
says Resolved: In favor of inmate.

However, The issues was not completely resolved.

On 1-18-13, Grievance was submitted, and on 2-11-13, 1-31-13, Pain medication was Not given in 34 days, enlarge Prostate treatment of heart medication was Not given in 34 days which Plaintiff stop taken because of Pressure and Pain begin in his heart, Sinus medication was given after 30 days, Special diet bag at night was given after 30 days but fail special diet meals, Phsy. medical treatment was denied, eye medication denied, HIRC medication treatment denied.

On date 1-31-13, 2-10-13, notice of intent to suit were submitted and on 2-25-13 demand letter were served and an employee complaint form to I.A. at 2:15PM Further one medication Teck-says because Plaintiff is a black Panther and he has a white women he can't talk with the Plaintiff.

As a result of the above the Plaintiff has suffered serious Physical, mental Pain, emotional Pain, to his body and mind, health and by defendants breach of contract of a third Party between. City of Jacksonville Duval County Correction, and Plaintiff. JSO Medical Serv.

Respectfully Submitted

Date: 3-7-13

Darryl Altmond, Pro-se
2943 Spring Park Rd. #1003
Jacksonville Fl. 32207
904-517-6992
904-233-0781

3.

OFFICE OF THE SHERIFF

2/1/13

## DEPARTMENT OF CORRECTIONS

## INMATE REQUEST/GRIEVANCE FORM

PRINT ALL INFORMATION

| DATE (MM-DD-YYYY) 02 - 06 - 13 | JAIL # 201300/031 |
| FIRST NAME Darryl | LAST NAME Allmond |

| ☑ PDF | ☐ MCC | ☐ CTC |

HOUSING LOCATION / WORK ASSIGNMENT: _____

This form may be used to request information or a service, to request a Complaint Against an Employee Form, or to initiate a grievance concerning departmental policy, procedure, or any service of the Jacksonville Department of Corrections. **Requests for medical, dental or mental health services shall be made on a sign-up sheet with the designated medication nurse. Medical Grievances may *not* be requested on this form.**

| **Please select <u>one</u>:** ☑ REQUEST ☑ GRIEVANCE |
| (NOTE: All grievances must be filed within 5 days of the alleged incident.) |

RECEIVED

| ☐ CHAPLAIN | ☐ CLASSIFICATION | ☐ CLOTHING/BEDDING |
| ☐ COMMISSARY | ☐ COURT | ☐ FOOD SERVICE APR 02 2013 |
| ☑ INVESTIGATOR | ☐ LAW LIBRARY | ☐ MAIL |
| ☐ OFFICER | ☐ PROPERTY ROOM | ☐ PROGRAMS |

Public Liability

Please give a description of your request/grievance:

I have talked to medical, and its not going any where. I am being denied my medications. which reach Contracts with ISO, Dept of Correction, City of Jax. Maybe because I am a high Ranking LT. for the New Black Panters Party. A statement was made by Daryl That he has a white Woman to don't talk to me because I am a Black Panther. LT. Address the issues

| 2/6/13 | Darryl Allmond |
| Date Signed | Your Signature (not valid without your signature) |

*(Staff Response/Disposition will be noted on other side)*

**WARNING:** The Jacksonville Sheriff's Office regards this form as a legal document. Filing frivolous or false statements to a law enforcement official is a violation of the departmental rules and Florida State Statutes.

P-0356 REV 08-2007

| THIS AREA FOR STAFF RESPONSE |
|---|

Seen by ARNP Tate on 2/11/13
to address medical concuas.

---

**STEP 1**

W. Runaldo 69080                     Date: 2.15.13

*Initials, Last Name and ID#*

**DISPOSITION:**
☐ Unresolved      ☐ Resolved: Not in favor of the inmate      ☒ Resolved: In favor of the inmate
☐Referred To:_____

Comments:_____

_____

---

**STEP 2**

_____   Date:_____-_____-_____

*Initials, Last Name and ID#*

**DISPOSITION:**
☐ Unresolved      ☐ Resolved: Not in favor of the inmate      ☐ Resolved: In favor of the inmate
☐Referred To:_____

Comments:_____

_____

---

**STEP 3**

_____   Date:_____-_____-_____

*Initials, Last Name and ID#*

**DISPOSITION:**
☐ Unresolved      ☐ Resolved: Not in favor of the inmate      ☐ Resolved: In favor of the inmate

Comments:_____

_____

Darryl Allmond ████████████████
Clinic, Jp Ophthalmology Glaucoma ██ ██ 15117
August 27, 2013  2:15 PM 12737971
2943 Spring Park Rd Apt 1003
Jacksonville FL 32207
904-629-3221 (home)
MEDICAID FCA

**UNIVERSITY OF FL  IDA**
**COLLEGE OF MEDICINE - JACKSONVILLE**
**DEPARTMENT OF OPHTHALMOLOGY**
☐ FACULTY CLINIC   ☐ MEDICAL CENTER
☐ SATELLITE
Physician requesting visit: _____
Resident: _____
☐ NPP Service              ☐ Incident to Service

Is this visit accident related? ☐ Yes ☐ No | Illness or accident covered by a contractual agency? ☐ Yes ☐ No | Authorization#:

| DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| **EYE EXAMINATIONS** | | **OFFICE VISITS - NEW PATIENT** | | **INITIAL INPATIENT CONSULT** | |
| NEW PATIENT - INITIAL, INTERMEDIATE | 92002 | LEVEL 1    PF    PF    SF | 99201 | LEVEL 1    PF    EP    SF | 99251 |
| NEW PATIENT - INITIAL, COMP | 92004 | LEVEL 2    EP    EP    SF | 99202 | LEVEL 2    EP    EP    SF | 99252 R |
| EST. PATIENT - FOLLOW-UP, INTER. | 92012 | LEVEL 3    DH    DE    LC | 99203 | LEVEL 3    DH    DE    LC | 99253 R |
| EST. PATIENT - FOLLOW-UP, COMP | 92014 | LEVEL 4    CH    CE    MC | 99204 | LEVEL 4    CH    CE    MC | 99254 R |
| DETERMINATION OF REFRACTIVE STATE | 92015 | LEVEL 5    CH    CE    HC | 99205 | LEVEL 5    CH    CE    HC | 99255 R |
| **OFFICE CONSULTS (ADVICE/OPINION)** | | **OFFICE VISITS - ESTABLISHED PATIENT** | | **SUBSEQUENT HOSPITAL CARE** | |
| Level 1    PF    PF    SF | 99241 R | MINIMAL | 99211 | LEVEL 1    PF    PF    SF | 99231 |
| Level 2    EP    EP    SF | 99242 R | LEVEL 2    PF    PF    SF | 99212 | LEVEL 2    EP    EP    MC | 99232 |
| Level 3    DH    DE    LC | 99243 R | LEVEL 3    EP    EP    LC | 99213 | LEVEL 3    DH    DE    HC | 99233 |
| Level 4    CH    CE    MC | 99244 R | LEVEL 4    DH    DH    MC | 99214 | **DIAGNOSTIC ULTRASOUND** | |
| Level 5    CH    CE    HC | 99245 R | LEVEL 5    CH    CE    HC | 99215 | B-scan, with or without superimposed non-qualitative, A-scan | 76512 R |
| **EYE TESTS** | | N/C PRE-OP VISIT | 80 | A-scan | 76516 |
| Color vision examination, extended | 92283 | N/C POST OP VISIT | 99024 | A-scan w/ intraocular lens power calculation | 76519 R |
| Electroretinography w/interp. and report | 92275 | (SURGERY DATE) | | **INJECTIONS** | |
| External ocular photography w/interp. and report | 92285 | **SURGICAL PROCEDURES** | | Botox; facial nerve | 64612 |
| Fluorescein angiography w/interp. and report | 92235 | Closer of lacrimal punctum; by thermo cauterization, ligation, or laser surgery | 68760 | Botox; extraocular muscle | 67345 |
| Fundus photography w/interp. and report | 92250 | Closer of lacrimal punctum; by plug, each, unilateral          X | 68761 | Retrobulbar injection, medication | 67500 |
| Gonioscopy | 92020 | Closer of lacrimal punctum; by plug, each, bilateral        X | 68761 - 50 | Retrobulbar injection, alcohol | 67505 |
| Ophthalmoscopy, extended, initial | 92225 | Correction of trichiasis; epilation, forceps only | 67820 | Steroid tenon's capsule injection | 67515 |
| Refraction | 92015 N | Construction of intermarginal adhesions, median tarsorraphy or canthorrhaphy | 67880 | Subconjunctival injection | 68200 |
| Scanning Computerized Ophthalmic Imaging, anterior segment | 92132 | Destruction, cyst or lesion, iris or ciliary body | 66770 RT/LT | Intravitreal injection pharmacologic agent | 67028 |
| Scanning Computerized Ophthalmic Imaging, optic nerve | 92133 | Destruction of localized lesion of retina, one or more sessions; cryotherapy, diathermy | 67208 | **MEDICATIONS & SUPPLIES** | |
| Scanning Computerized Ophthalmic Imaging, posterior segment | 92134 | Destruction of localized lesion of retina, one or more sessions; photocoagulation (focal laser) | 67210 RT/LT | 5 - FU fluorouracil per 500 mg.         X | J9190 |
| Serial tonometry / diurnal curve | 92100 | Destruct of progressive retinopathy, one or sessions; photocoagulation | 67228 RT/LT | Botulinum toxin A (per unit)         X | J0585 |
| Special anterior photo w/interp. and report; 92287 w/ fluorescein angiography | | Dilation of lacrimal punctum, w/, w/o irrigation | 68801 | Viscoelastic agent (i.e. healon) | B0015 N |
| **VISUAL FIELD EXAMS** | | Excision, chalazion; multiple, same lid | 67801 | Opticlude eye patch | B2734 N |
| Limited (tangent) | 92081 | Excision, chalazion; single | 67800 | Prisms ophth supplies | B0163 N |
| Intermediate (gvf, with 1 or 2 isopters) | 92082 | Excision, lid lesion; simple closure | 67840 | Plugs | A4263 |
| Extended (hvf or gvf,w/3 or more isopters) | 92083 | Eyelid laceration repair; full thickness | 67935 | Triamcinolone AC per 10 mg.         X | J3301 |
| **REFRACTION CLINIC** | | Eyelid laceration repair; partial thickness | 67930 | Avastin per 1.25 mg. | B0685 |
| Refraction, eyeglasses | B0571 | Laser Cyclodialysis Destruction | 66740 | **OTHER** | |
| Refraction, contacts | B0572 | Laser peripheral iridotomy/iridectomy | 66761 RT/LT | 36610 | |
| **MODIFIERS** | | Laser trabeculoplasty, one or more sessions | 65855 RT/LT | _____ | |
| Resident involved | GC | Lysis of corneovitreal adhesions | 65880 | _____ | |
| Unusual procedural service | 22 | Removal embedded foreign body; conjunctival; non-perforating | 65210 | **NEXT VISIT** | |
| Unrelated E&M, same MD postop | 24 | Removal superficial foreign body; conjunctival | 65205 | ☐ IOP          ☐ REFRACTION | |
| Significant sep. ID E&M, same MD/day | 25 | Removal foreign body; corneal, w/slit lamp | 65222 | ☐ GONIO        ☐ K READINGS | |
| Professional component | 26 | Removal vitreous, anterior approach; partial | 67005 | ☐ GVF          ☐ OCT | |
| Bilateral procedure | 50 | Severing of tarsorrhaphy | 67710 | ☐ HVF          ☐ ERG | |
| Multiple procedures | 51 | Yag laser capsulotomy, one or more sessions | 66821 RT/LT | ☐ A / B SCAN   ☐ PRE-OP | |
| Decision for surgery | 57 | | | ☐ DFE / PHOTOS ☐ POST-OP | |
| Related proc. same MD, postop or staged procedure | 58 | preop 9/10/13 10am | | ☐ OTHER: _____ | |
| Distinct procedural service | 59 | **R=REFERRING PHYSICIAN NEEDED** | | REG _____ (time) | |
| | | **N=NONCOVERED SERVICE (MEDICARE)** | | LASER _____ (time) | |
| | | postop 9/24/13    8:30 | | FC _____ (time) | |

Orders:

Return: ☐ PRN   ☐ Follow-up   ☐ Check-up
☐ Days   ☐ Weeks   ☐ Months

Refer to: _____ M.D.

☐ Evaluate & Treat of Problem   ☐ Opinion Only

Billing address: P.O. Box 44008 / Jacksonville, FL 32231-4008
Billing inquiry: (904) 633-4200  Tax ID#: 59-1867557

**USE OF e-Prescribing**

Prescription(s) generated and transmitted via a qualified ERX system or a certified EHR system | G8553

Previous Balance: _____

Estimated Visit Total: _____

Estimated Balance Due: _____

Payment Received: $ _____
☐ Cash      ☐ Visa
☐ Check #      ☐ Mastercard       Initials

**Physician/Provider Signature**
FC-Ophth (1/12)

Case 3:13-cv-01270-J-34JBT Document 10 Filed 01/17/14 Page 38 of 78 PageID 367

Darryl Allmond
Clinic, Jacksonville, FL 32208
September 24, 2013  8:30 AM 127371
2943 Spring Park Rd Apt 1003
Jacksonville FL 32207
904-629-3221 (home)
MEDICAID FCA

326367

**UNIVERSITY OF FL**
**COLLEGE OF MEDICINE - JACKSONVILLE**
**DEPARTMENT OF OPHTHALMOLOGY**

☐ FACULTY CLINIC   ☐ MEDICAL CENTER
☐ SATELLITE
Physician requesting visit: _____
Resident: _____
☐ NPP Service          ☐ Incident to Service

SX
Q.23.13
POP

| Is this visit accident related? ☐ Yes ☐ No | Illness or accident covered by a contractual agency? ☐ Yes ☐ No | Authorization#: |
|---|---|---|

| DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| **EYE EXAMINATIONS** | | **OFFICE VISITS - NEW PATIENT** | | **INITIAL INPATIENT CONSULT** | |
| NEW PATIENT - INITIAL, INTERMEDIATE | 92002 | LEVEL 1   PF   PF   SF | 99201 | LEVEL 1   PF   PF   SF | 99251 |
| NEW PATIENT - INITIAL, COMP | 92004 | LEVEL 2   EP   EP   SF | 99202 | LEVEL 2   EP   EP   SF | 99252 R |
| EST. PATIENT - FOLLOW-UP, INTER. | 92012 | LEVEL 3   DH   DE   LC | 99203 | LEVEL 3   DH   DE   LC | 99253 R |
| EST. PATIENT - FOLLOW-UP, COMP | 92014 | LEVEL 4   CH   CE   MC | 99204 | LEVEL 4   CH   CE   MC | 99254 R |
| DETERMINATION OF REFRACTIVE STATE | 92015 | LEVEL 5   CH   CE   HC | 99205 | LEVEL 5   CH   CE   HC | 99255 R |
| **OFFICE CONSULTS (ADVICE/OPINION)** | | **OFFICE VISITS - ESTABLISHED PATIENT** | | **SUBSEQUENT HOSPITAL CARE** | |
| Level 1   PF   PF   SF | 99241 R | MINIMAL | 99211 | LEVEL 1   PF   PF   SF | 99231 |
| Level 2   EP   EP   SF | 99242 R | LEVEL 2   PF   PF   SF | 99212 | LEVEL 2   EP   EP   MC | 99232 |
| Level 3   DH   DE   LC | 99243 R | LEVEL 3   EP   EP   LC | 99213 | LEVEL 3   DH   DE   HC | 99233 |
| Level 4   CH   CE   MC | 99244 R | LEVEL 4   DH   DE   MC | 99214 | **DIAGNOSTIC ULTRASOUND** | |
| Level 5   CH   CE   HC | 99245 R | LEVEL 5   CH   CE   HC | 99215 | B-scan, with or without superimposed non-qualitative, A-scan | 76512 R |
| **EYE TESTS** | | N/C  PRE-OP VISIT | B0474 | A-scan | 76516 |
| | | N/C  POST-OP VISIT | 99024 | A-scan w/ intraocular lens power calculation | 76519 R |
| Color vision examination, extended | 92283 | (SURGERY DATE:          ) | | **INJECTIONS** | |
| Electroretinography w/interp. and report | 92275 | **SURGICAL PROCEDURES** | | Botox; facial nerve | 64612 |
| External ocular photography w/interp. and report | 92285 | Closer of lacrimal punctum; by thermo cauterization, ligation, or laser surgery | 68760 | Botox; extraocular muscle | 67345 |
| Fluorescein angiography w/interp. and report | 92235 | Closer of lacrimal punctum; by plug, each, unilateral | 68761 | Retrobulbar injection, medication | 67500 |
| | | | X | Retrobulbar injection, alcohol | 67505 |
| Fundus photography w/interp. and report | 92250 | Closer of lacrimal punctum; by plug, each, bilateral | 68761 - 50 | Steroid tenon's capsule injection | 67515 |
| Gonioscopy | 92020 | | X | Subconjunctival injection | 68200 |
| Ophthalmoscopy, extended, initial | 92225 | Correction of trichiasis; epilation forceps only | 67820 | Intravitreal injection pharmacologic agent | 67028 |
| Refraction | 92015 N | Construction of intermarginal adhesions, median tarsorrhaphy or canthorrhaphy | 67880 | **MEDICATIONS & SUPPLIES** | |
| Scanning Computerized Ophthalmic Imaging, anterior segment | 92132 | Destruction of localized lesion of retina, one or more sessions; cryotherapy, diathermy | 67208 | 5 - FU (fluorouracil) per 500 mg.   X | J9190 |
| | | | | Botulinum toxin A (per unit)   X | J0585 |
| Scanning Computerized Ophthalmic Imaging, optic nerve | 92133 | Destruction of localized lesion of retina, one or more sessions; photocoagulation (focal laser) | 67210 RT/LT | Viscoelastic agent (i.e. healon) | B0015 N |
| Scanning Computerized Ophthalmic Imaging, posterior segment | 92134 | | | Opticlude eye patch | B2734 N |
| Serial tonometry / diurnal curve | 92100 | Destruction of progressive retinopathy, one or more sessions; photocoagulation | 67228 RT/LT | Prisms ophth supplies | B0163 N |
| Special anterior photo w/interp. and report; w/ fluorescein angiography | 92287 | Dilation of lacrimal punctum, w/o w/o irrigation | 68801 | Plugs | A4263 |
| **VISUAL FIELD EXAMS** | | Excision, chalazion, multiple, same lid | 67801 | Triamcinolone AC per 10 mg.   X | J3301 |
| Limited (tangent) | 92081 | Excision, chalazion; single | 67800 | Avastin per 1.25 mg. | B0685 |
| Intermediate (gvf, with 1 or 2 isopters) | 92082 | Excision, lid lesion; simple closure | 67840 | **OTHER** | |
| Extended (hvf or gvf,w/3 or more isopters) | 92083 | Eyelid laceration repair; full thickness | 67935 | 366.10 | |
| **REFRACTION CLINIC** | | Eyelid laceration repair; partial thickness | 67930 | | |
| Refraction, eyeglasses | B0571 | Laser Cyclodialysis Destruction | 66740 | **NEXT VISIT** | |
| Refraction, contacts | B0572 | Laser peripheral iridotomy/iridectomy | 66761 RT/LT | ☐ IOP          ☐ REFRACTION | |
| **MODIFIERS** | | Laser trabeculoplasty, one or more sessions | 65855 RT/LT | ☐ GONIO       ☐ K READINGS | |
| Resident involved | GC | Lysis of corneovitreal adhesions | 65880 | ☐ GVF          ☐ OCT | |
| Unusual procedural service | 22 | Removal embedded foreign body; conjunctival; non-perforating | 65210 | ☐ HVF          ☐ ERG | |
| Unrelated E&M, same MD postop | 24 | Removal superficial foreign body; conjunctival | 65205 | ☐ A / B SCAN   ☐ PRE-OP | |
| Significant sep. ID E&M, same MD/day | 25 | Removal foreign body; corneal, w/slit lamp | 65222 | ☐ DFE / PHOTOS ☐ POST-OP | |
| Professional component | 26 | Removal vitreous, anterior approach; partial | 67005 | ☐ OTHER:          REG ____ (time) | |
| Bilateral procedure | 50 | Severing of tarsorrhaphy | 67710 | LASER ____ (time) | |
| Multiple procedures | 51 | Yag laser capsulotomy, one or more sessions | 66821 RT/LT | FC ____ (time) | |
| Decision for surgery | 57 | | | **USE OF e-Prescribing** | |
| Related proc. same MD, postop or staged procedure | 58 | **R=REFERRING PHYSICIAN NEEDED** **N=NONCOVERED SERVICE (MEDICARE)** | | Prescription(s) generated and transmitted via a qualified ERX system or a certified EHR system | G8553 |
| Distinct procedural service | 59 | | | | |

LWK

No copues
No Coupes
Ques

Orders:

Return:  ☐ PRN   ☐ Follow-up   ☐ Check-up
         ☐ Days   ☐ Weeks   ☐ Months

Refer to: _____ M.D.

☐ Evaluate & Treat of Problem   ☐ Opinion Only

Billing address: P.O. Box 44008 / Jacksonville, FL 32231-4008
Billing inquiry: (904) 633-4200   Tax ID#: 59-1867557

Previous Balance: _____
Estimated Visit Total: _____
Estimated Balance Due: _____
Payment Received: $ _____
☐ Cash          ☐ Visa
☐ Check #:          ☐ Mastercard          Initials

**Physician/Provider Signature**
FC-Ophth (1/12)

Darryl Allmond
Case 3:13-cv-01202-TJC-JBT   Document 10   Filed 01/17/14   Page 39 of 78 PageID 305794
Gupta, Shailesh K, MD          2012  J1
March 21, 2013  1:30 PM 12737971
2943 Spring Park Rd
Jacksonville FL 32207
904-233-0781 (home)
MEDICAID FLORIDA

# UNIVERSITY OF F. RIDA
## COLLEGE OF MEDICINE - JACKSONVILLE
## DEPARTMENT OF OPHTHALMOLOGY

☐ FACULTY CLINIC   ☐ MEDICAL CENTER
☐ SATELLITE
Physician requesting visit: _____
Resident: _____
☐ NPP Service              ☐ Incident to Service

| Is this visit accident related? ☐ Yes ☐ No | Illness or accident covered by a contractual agency? ☐ Yes ☐ No | Authorization#: |

| DESCRIPTION | CODE | DESCRIPTION | CODE | DESCRIPTION | CODE |
|---|---|---|---|---|---|
| **EYE EXAMINATIONS** | | **OFFICE VISITS - NEW PATIENT** | | **INITIAL INPATIENT CONSULT** | |
| NEW PATIENT - INITIAL, INTERMEDIATE | 92002 | LEVEL 1  PF  PF  SF | 99201 | LEVEL 1  PF  PF  SF | 99251 |
| NEW PATIENT - INITIAL, COMP | 92004 | LEVEL 2  EP  EP  SF | 99202 | LEVEL 2  EP  EP  SF | 99252 R |
| EST. PATIENT - FOLLOW-UP, INTER. | 92012 | LEVEL 3  DH  DE  LC | 99203 | LEVEL 3  DH  DE  LC | 99253 R |
| EST. PATIENT - FOLLOW-UP, COMP | 92014 | LEVEL 4  CH  CE  MC | 99204 | LEVEL 4  CH  CE  MC | 99254 R |
| DETERMINATION OF REFRACTIVE STATE | 92015 | LEVEL 5  CH  CE  HC | 99205 | LEVEL 5  CH  CE  HC | 99255 R |
| | | **OFFICE VISITS - ESTABLISHED PATIENT** | | **SUBSEQUENT HOSPITAL CARE** | |
| **OFFICE CONSULTS / ADVICE/OPINION** | | MINIMAL | 99211 | LEVEL 1  PF  PF  SF | 99231 |
| Level 1  PF  PF  SF | 99241 R | LEVEL 2  PF  PF  SF | 99212 | LEVEL 2  EP  EP  MC | 99232 |
| Level 2  EP  EP  SF | 99242 R | LEVEL 3  EP  EP  LC | 99213 | LEVEL 3  DH  DE  HC | 99233 |
| Level 3  DH  DE  LC | 99243 R | LEVEL 4  DH  DE  MC | 99214 | **DIAGNOSTIC ULTRASOUND** | |
| Level 4  CH  CE  MC | 99244 R | LEVEL 5  CH  CE  HC | 99215 | B-scan, with or without superimposed non-qualitative, A-scan | 76512 R |
| Level 5  CH  CE  HC | 99245 R | N/C  PRE-OP VISIT | B0474 | A-scan | 76516 |
| | | N/C  POST-OP VISIT | 99024 | A-scan w/ intraocular lens power calculation | 76519 R |
| | | (SURGERY DATE: _____ ) | | | |
| **EYE TESTS** | | **SURGICAL PROCEDURES** | | **INJECTIONS** | |
| Color vision examination, extended | 92283 | Closer of lacrimal punctum; by thermo cauterization, ligation, or laser surgery | 68760 | Botox; facial nerve | 64612 |
| Electroretinography w/interp. and report | 92275 | | | Botox; extraocular muscle | 67345 |
| External ocular photography w/interp. and report | 92285 | Closer of lacrimal punctum; by plug, each, unilateral _____ X | 68761 | Retrobulbar injection, medication | 67500 |
| | | | | Retrobulbar injection, alcohol | 67505 |
| Fluorescein angiography w/interp. and report | 92235 | Closer of lacrimal punctum; by plug, each, bilateral _____ | 68761 - 50 | Steroid tenon's capsule injection | 67515 |
| Fundus photography w/interp. and report | 92250 | Correction of trichiasis; epilation, forceps only | 67820 | Subconjunctival injection | 68200 |
| Gonioscopy | 92020 | Construction of intermarginal adhesions, median tarsorrhaphy or canthorrhaphy | 67880 | Intravitreal injection pharmacologic agent | 67028 |
| Ophthalmoscopy, extended, initial | 92225 | | | **MEDICATIONS & SUPPLIES** | |
| Refraction | 92015 N | Destruction, cyst or lesion, iris or ciliary body | 66770 RT/LT | 5 - FU (fluorouracil) per 500 mg.  X | J9190 |
| Scanning Computerized Ophthalmic Imaging, anterior segment | 92132 | Destruction of localized lesion of retina, one or more sessions; cryotherapy, diathermy | 67208 | Botulinum toxin A (per unit)  X | J0585 |
| Scanning Computerized Ophthalmic Imaging, optic nerve | 92133 | Destruction of localized lesion of retina, one or more sessions; photocoagulation (focal laser) | 67210 RT/LT | Viscoelastic agent (i.e. healon) | B0015 N |
| | | | | Opticlude eye patch | B2734 N |
| Scanning Computerized Ophthalmic Imaging, posterior segment | 92134 | | | Prisms ophth supplies | B0163 N |
| Serial tonometry / diurnal curve | 92100 | Destruction of progressive retinopathy, one or sessions; photocoagulation | 67228 RT/LT | Plugs | A4263 |
| Special anterior photo w/interp. and report; w/ fluorescein angiography | 92287 | Dilation of lacrimal punctum, w/, w/o irrigation | 68801 | Triamcinolone AC per 10 mg.  X | J3301 |
| | | Excision, chalazion; multiple, same lid | 67801 | Avastin per 1.25 mg. | B0685 |
| **VISUAL FIELD EXAMS** | | Excision, chalazion; single | 67800 | **OTHER** | |
| Limited (tangent) | 92081 | Excision, lid lesion; simple closure | 67840 | | |
| Intermediate (gvf, with 1 or 2 isopters) | 92082 | Eyelid laceration repair; full thickness | 67935 | _____ | |
| Extended (hvf or gvf,w/3 or more isopters) | 92083 | Eyelid laceration repair; partial thickness | 67930 | _____ | |
| **REFRACTION CLINIC** | | Laser Cyclodialysis Destruction | 66740 | **NEXT VISIT** | |
| Refraction, eyeglasses | B0571 | Laser peripheral iridotomy/iridectomy | 66761 RT/LT | ☐ IOP        ☐ REFRACTION | |
| Refraction, contacts | B0572 | Laser trabeculoplasty, one or more sessions | 65855 RT/LT | ☐ GONIO    ☐ K READINGS | |
| **MODIFIERS** | | Lysis of corneovitreal adhesions | 65880 | ☐ GVF       ☐ OCT | |
| Resident involved | GC | Removal embedded foreign body; conjunctival; non-perforating | 65210 | ☐ HVF       ☐ ERG | |
| Unusual procedural service | 22 | | | ☐ A / B SCAN  ☐ PRE-OP | |
| Unrelated E&M, same MD postop | 24 | Removal superficial foreign body; conjunctival | 65205 | ☐ DFE / PHOTOS  ☐ POST-OP | |
| Significant sep. ID E&M, same MD/day | 25 | Removal foreign body; corneal, w/slit lamp | 65222 | ☐ OTHER: _____  REG _____ (time) | |
| Professional component | 26 | Removal vitreous, anterior approach; partial | 67005 | LASER _____ (time) | |
| Bilateral procedure | 50 | Severing of tarsorrhaphy | 67710 | FC _____ (time) | |
| Multiple procedures | 51 | Yag laser capsulotomy, one or more sessions | 66821 RT/LT | **USE OF e-Prescribing** | |
| Decision for surgery | 57 | | | | |
| Related proc. same MD, postop or staged procedure | 58 | **R=REFERRING PHYSICIAN NEEDED** | | Prescription(s) generated and transmitted via a qualified ERX system or a certified EHR system | G8553 |
| Distinct procedural service | 59 | **N=NONCOVERED SERVICE (MEDICARE)** | | | |

2-3 weeks HVf
4-6 weeks Pau

4/23 10:30   5-30-13 9:45

| Orders: | | Return:  ☐ PRN  ☐ Follow-up  ☐ Check-up | Previous Balance: |
| | | ☐ Days  ☐ Weeks  ☐ Months | Estimated Visit Total: |
| | | Refer to: _____ M.D. | Estimated Balance Due: |
| | | ☐ Evaluate & Treat of Problem  ☐ Opinion Only | Payment Received: $ |
| | | Billing address: P.O. Box 44008 / Jacksonville, FL 32231-4008 | ☐ Cash        ☐ Visa |
| | | Billing inquiry: (904) 633-4200  Tax ID#: 59-1867557 | ☐ Check #: ____  ☐ Mastercard   Initials |

Physician/Provider Signature

FC-Ophth (1/12)

Darryl Allmond
Rosenberg, Leslie D, NP          1317964
November 13, 2012 10:00 AM  12737971
2943 Spring Park Rd
Jacksonville FL 32207
904-517-6992 (home)
MEDICAID FIRST COAST ADVANTAGE

**COLLEGE OF MEDICINE - JACKSONVILLE**
**DEPARTMENT OF PSYCHIATRY**

☐ Psychiatry Clinic at Towers          ☐ Child and Adolescent Psychiatry Center
Insurance Card #: _____
☐ Copy Attached
Authorization #: _____
Physician
requesting visit: __1/2/13 @ 10:00__

Is this visit accident related?   No ☐   Yes ☐                                          ☐ Opinion only
Is this visit employment related?   No ☐   Yes ☐          Patient Phone #: _____          ☐ Treatment of problem

**ATTENDING PHYSICIAN**                                                    ☐ NPP   ☐ Incident to Services

☐ 1772 Brian G. Celso, PhD.      ☐ 2751 Stephanie Sims, M.D.   ☐ 1770 Julide Ozan, PA-C   ☐ 2765 Daniel R. Wilson, M.D.

☐ 1771 Steven Cuffe, M.D.      ☐ 2756 Phyliss Taylor, M.D.   ☐ 1769 Eduardo R. Paat, LMFT   ☐ Adria Pratt-Forte, LMHC   ☐ Resident _____

☐ 2754 Gabriela DePrima, PSYD   ☐ 2750 Chirag Desai, M.D.   ☐ 2761 Leslie Rosenberg, ARNP   ☐ Other _____

| DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE |
|---|---|---|---|---|---|
| Acute stress disorder | 308.3 | Borderline personality disorder | 301.83 | Drug induced mental disorder, unspecified | 292.9 |
| Adjustment disorder w/ depressed mood | 309.0 | Child psychosis, nos, active | 299.90 | Dysthymic disorder | 300.4 |
| Adjustment disorder w/anxiety | 309.24 | Cognitive disorder; NOS | 294.9 | Impulse control disorder, unspecified | 312.30 |
| Adjustment disorder w/ disturbance of conduct | 309.3 | Conduct disorder of unspecified onset | 312.89 | Infantile autism, active | 299.00 |
| Adjustment disorder w/ mixed anxiety | | Cyclothymic disorder | 301.13 | Intermittent explosive disorder | 312.34 |
| and depressed mood | 309.28 | Delusional disorder | 297.1 | Moderate intellectual disabilities | 318.0 |
| Adjustment disorder with mixed disturbance | | Dementia with behavioral disturbance | 294.11 | Mood disorder in conditions classified elsewhere | 293.83 |
| of emotions and conduct | 309.4 | Depressive disorder, major, recurrent, mild | 296.31 | Obsessive-compulsive disorders | 300.3 |
| Adjustment reaction; unspecified | 309.9 | Depressive disorder, major, recurrent, | | Oppositional defiant disorder | 313.81 |
| Agoraphobia w/ panic attacks | 300.21 | severe, w/ psychotic behavior | 296.34 | Panic disorder w/o agoraphobia | 300.01 |
| Agoraphobia w/o panic attacks | 300.22 | Depressive disorder, major, recurrent, full remission | 296.36 | Personality changes due to conditions | |
| Alcohol dependence; unspecified | 303.90 | Depressive disorder, major, recurrent, partial remission | 296.35 | classified elsewhere | 310.1 |
| Anorexia nervosa | 307.1 | Depressive disorder, major, recurrent, | | Personality disorder; NOS | 301.9 |
| Anxiety disorder; generalized | 300.02 | severe, w/o psychotic behavior | 296.33 | Pervasive developmental disorder, | |
| Anxiety state, unspecified | 300.00 | Depressive disorder, major, recurrent, moderate | 296.32 | active or current, other specified | 299.80 |
| Arteriosclerotic dementia | 290.40 | Depressive disorder, major, recurrent, unspecified | 296.30 | Postraumatic stress disorder NOS | 309.81 |
| Attention deficit disorder w/ hyperactivity | 314.01 | Depressive disorder, major, single episode; partial remission | 296.25 | Psychological factors in physical conditions | |
| Attention deficit disorder | | Depressive disorder, major; single episode; moderate | 296.22 | classified elsewhere | 316 |
| w/o mention of hyperactivity | 314.00 | Depressive disorder, major; single episode; | | Psychotic disorder; NOS | 298.9 |
| Autistic disorder, active | 299.00 | severe, w/ psychotic behavior | 296.23 | Schizophrenia; paranoid type, unspecified | 295.30 |
| Bipolar disorder, other (Bipolar II) | 296.89 | Depressive disorder, major; single episode; | | Schizophrenia; residual, unspecified | 295.60 |
| Bipolar disorder, unspecified | 296.80 | severe, w/ psychotic behavior | 296.24 | Schizoaffective disorder  specify class: _____ | 295.7X |
| Bipolar I disorder, depressed, | | Depressive disorder, major; single episode; unspecified | 296.20 | Schizophrenia, unspecified | 295.90 |
| severe, w/o psychotic behavior | 296.53 | Depressive disorder; NOS | 311 | Separation anxiety disorder | 309.21 |
| Bipolar I disorder, manic, unspecified | 296.40 | Disruptive behavior disorder; NOS | 312.9 | Social phobia | 300.23 |
| Bipolar I disorder, mixed, unspecified | 296.60 | Drug dependence; combinations of drug dependence | | Tourette's Disorder | 307.23 |
| Bipolar I disorder, unspecified | 296.7 | excluding opioid type; unspecified | 304.80 | Vascular Dementia with depressed mood | 290.43 |

| PROCEDURE | CODE | PROCEDURE | CODE | PROCEDURE | CODE |
|---|---|---|---|---|---|
| **OFFICE VISITS NEW** | | **OTHER PSYCHOTHERAPY** | | **CENTRAL NERVOUS SYSTEM** | |
| Level 1 | PF | PF | SF | 99201 | Family therapy (w/o patient present) | 90846 | **ASSESSMENTS/TESTS** | |
| Level 2 | EP | EP | SF | 99202 | Family therapy (w/ patient present) | 90847 | Psychological Testing; per Phys hr; units x____ | 96101 |
| Level 3 | DH | DE | LC | 99203 | Multiple family/group therapy | 90849 | Psychological Testing; per Tech hr; units x____ | 96102 |
| Level 4 | CH | CE | MC | 99204 | Group therapy (not family) | 90853 | Psychological Testing; Computer | 96103 |
| Level 5 | CH | CE | HC | 99205 | **OTHER PSYCHIATRIC SERVICES OR PROCEDURES** | | Neurobehavioral Status Exam, per Phys hr; units x____ | 96116 |
| **OFFICE VISITS ESTABLISHED** | | Pharmacologic management | 90862 | Neuropsychological Testing Battery | |
| Level 1 | Minimal | | 99211 | Special reports (i.e. ins. forms) | 99080 | ; per Physician hr; units x____ | 96118 |
| Level 2 | PF | PF | SF | 99212 | Evaluation of hospital records | 90885 | ; per Technician hr; units x____ | 96119 |
| Level 3 | EP | EP | LC | 99213 | Consultation w/ family | 90887 | Neuropsychological Testing Battery, Computer | 96120 |
| Level 4 | DH | DE | MC | 99214 | Preparation of report | 90889 | **OTHER** | |
| Level 5 | CH | CE | HC | 99215 | **SPECIAL SERVICES, PROCEDURES AND REPORTS** | | IME - worker's compensation only | 99456 |
| **DIAGNOSTIC OR EVALUATIVE INTERVIEW** | | Medical testimony | 99075 | Medical conference  (pt. and/or family not present); | |
| Diagnostic interview H & P | 90801 | Hypnotherapy | 90880 | approx. 30 min. by non-physician | 99368 |
| Interactive diagnostic interview | 90802 | **HEALTH AND BEHAVIOR** | | Injection; haloperidol, up to 5 mg | J1630 |
| **INSIGHT ORIENTED, BEHAVIOR MODIFYING** | | **ASSESSMENT/INTERVENTION** | | OTHER: | |
| **AND/OR SUPPORTIVE PSYCHOTHERAPY** | | Health and behavior intervention, each 15 min., | | | |
| Individual therapy 20-30 minutes | 90804 | face-to-face; individual | 96152 | | |
| w/ E&M service | 90805 | group (2 or more patients) | 96153 | | |
| Individual therapy 45-50 minutes | 90806 | family (with the patient present) | 96154 | | |
| w/ E&M service | 90807 | family (without the patient present) | 96155 | **Use of e-Prescribing** | |
| Individual therapy 75-80 minutes | 90808 | | | Prescription(s) generated and transmitted via a qualified | |
| w/ E&M service | 90809 | | | ERX system or a certified EHR system | G8553 |

| Orders: | Return: | ☐ PRN | ☑ Follow-up | ☐ Check-up | Previous Balance: _____ |
|---|---|---|---|---|---|
| | | ☐ Days | ☑ Weeks | ☐ Months | Estimated Visit Total: _____ |
| | Refer to: _____ M.D. | | | | Estimated Balance Due: _____ |
| | ☐ Treatment of Problem | ☐ Opinion Only | | | Payment Received: $ _____ |
| | | | | | ☐ Cash          ☐ Visa |
| Physician/Provider Signature | Billing address: P.O. Box 44008 / Jacksonville, Fl 32231-4008 | | | | ☐ Check #          ☐ MasterCard |
| FC-PSYCH 12/11 | Billing inquiry: (904) 633-4200   Tax ID#: 591867557 | | | | Initials |

Darryl Allmand ████████████████
Rosenberg, Leslie D, NP,                    1 37086
January 2, 2013 10:00 AM 12737971
2943 Spring Park Rd
Jacksonville FL 32207
904-517-6992 (home)
MEDICAID FCA

# UNIVERSITY OF FLORIDA
## COLLEGE OF MEDICINE - JACKSONVILLE
### DEPARTMENT OF PSYCHIATRY

☑ Psychiatry Clinic at Towers    ☐ Child and Adolescent Psychiatry
Insurance Card #: _____
☐ Copy Attached
Authorization #: _____
Physician
requesting visit: _____

Is this visit accident related?   No ☐   Yes ☐                              ☐ Opinion only
Is this visit employment related?  No ☐   Yes ☐     Patient Phone #: _____   ☐ Treatment of problem

**ATTENDING PHYSICIAN**                                              ☐ NPP   ☐ Incident to Services

☐ 1772 Brian G. Celso, PhD.    ☐ 2751 Stephanie Sims, M.D.   ☐ 1770 Julide Ozan, PA-C    ☐ 2765 Daniel R. Wilson, M.D.

☐ 1771 Steven Cuffe, M.D.      ☐ 2756 Phyliss Taylor, M.D.   ☐ 1769 Eduardo R. Paat, LMFT   ☐ Adria Pratt-Forte, LMHC   ☐ Resident _____

☐ 2754 Gabriela DePrima, PSYD  ☐ 2750 Chirag Desai, M.D.    ☑ 2761 Leslie Rosenberg, ARNP                              ☐ Other _____

| DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE |
|---|---|---|---|---|---|
| Acute stress disorder | 308.3 | Borderline personality disorder | 301.83 | Drug induced mental disorder, unspecified | 292.9 |
| Adjustment disorder w/ depressed mood | 309.0 | Child psychosis, nos, active | 299.90 | Dysthymic disorder | 300.4 |
| Adjustment disorder w/anxiety | 309.24 | Cognitive disorder; NOS | 294.9 | Impulse control disorder, unspecified | 312.30 |
| Adjustment disorder w/ disturbance of conduct | 309.3 | Conduct disorder of unspecified onset | 312.89 | Infantile autism, active | 299.00 |
| Adjustment disorder w/ mixed anxiety | | Cyclothymic disorder | 301.13 | Intermittent explosive disorder | 312.34 |
| and depressed mood | 309.28 | Delusional disorder | 297.1 | Moderate intellectual disabilities | 318.0 |
| Adjustment with mixed disturbance | | Dementia with behavioral disturbance | 294.11 | Mood disorder in conditions classified elsewhere | 293.83 |
| of emotions and conduct | 309.4 | Depressive disorder, major, recurrent, mild | 296.31 | Obsessive-compulsive disorders | 300.3 |
| Adjustment reaction; unspecified | 309.9 | Depressive disorder, major, recurrent, | | Oppositional defiant disorder | 313.81 |
| Agoraphobia w/ panic attacks | 300.21 | severe, w/ psychotic behavior | 296.34 | Panic disorder w/o agoraphobia | 300.01 |
| Agoraphobia w/o panic attacks | 300.22 | Depressive disorder, major, recurrent, full remission | 296.36 | Personality changes due to conditions | |
| Alcohol dependence; unspecified | 303.90 | Depressive disorder, major, recurrent, partial remission | 296.35 | classified elsewhere | 310.1 |
| Anorexia nervosa | 307.1 | Depressive disorder, major, recurrent, | | Personality disorder; NOS | 301.9 |
| Anxiety disorder; generalized | 300.02 | severe, w/o psychotic behavior | 296.33 | Pervasive developmental disorder, | |
| Anxiety state, unspecified | 300.00 | Depressive disorder, major, recurrent, moderate | 296.32 | active or current, other specified | 299.80 |
| Arteriosclerotic dementia | 290.40 | Depressive disorder, major, recurrent, unspecified | 296.30 | Posttraumatic stress disorder NOS | 309.81 |
| Attention deficit disorder w/ hyperactivity | 314.01 | Depressive disorder, major, single episode; partial remission | 296.25 | Psychological factors in physical conditions | |
| Attention deficit disorder | | Depressive disorder, major, single episode; moderate | 296.22 | classified elsewhere | 316 |
| w/o mention of hyperactivity | 314.00 | Depressive disorder, major; single episode; | | Psychotic disorder; NOS | 298.9 |
| Autistic disorder, active | 299.00 | severe, w/o psychotic behavior | 296.23 | Schizophrenia; paranoid type, unspecified | 295.30 |
| Bipolar disorder, other (Bipolar II) | 296.89 | Depressive disorder, major; single episode; | | Schizophrenia; residual, unspecified | 295.60 |
| Bipolar disorder, unspecified | 296.80 | severe, w/ psychotic behavior | 296.24 | Schizoaffective disorder  *specify class:* | 295.7X |
| Bipolar I disorder, depressed, | | Depressive disorder; major; single episode; unspecified | 296.20 | Schizophrenia, unspecified | 295.90 |
| severe, w/o psychotic behavior | 296.53 | Depressive disorder; NOS | 311 | Separation anxiety disorder | 309.21 |
| Bipolar I disorder, manic, unspecified | 296.40 | Disruptive behavior disorder; NOS | 312.9 | Social phobia | 300.23 |
| Bipolar I disorder, mixed, unspecified | 296.60 | Drug dependence; combinations of drug dependence | | Tourette's Disorder | 307.23 |
| Bipolar I disorder, unspecified | 296.7 | excluding opioid type; unspecified | 304.80 | Vascular Dementia with depressed mood | 290.43 |

| PROCEDURE | | | CODE | PROCEDURE | | | CODE | PROCEDURE | | | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **OFFICE VISITS NEW** | | | | **OTHER PSYCHOTHERAPY** | | | | **CENTRAL NERVOUS SYSTEM** | | | |
| | | | | | | | | **ASSESSMENTS/TESTS** | | | |
| Level 1 | PF | PF | SF | 99201 | Family therapy (w/o patient present) | | | 90846 | Psychological Testing; per Phys hr; *units x___* | | | 96101 |
| Level 2 | EP | EP | SF | 99202 | Family therapy (w/ patient present) | | | 90847 | Psychological Testing; per Tech hr; *units x___* | | | 96102 |
| Level 3 | DH | DE | LC | 99203 | Multiple family/group therapy | | | 90849 | Psychological Testing; Computer | | | 96103 |
| Level 4 | CH | CE | MC | 99204 | Group therapy (not family) | | | 90853 | Neurobehavioral Status Exam, per Phys hr; *units x___* | | | 96116 |
| Level 5 | CH | CE | HC | 99205 | **OTHER PSYCHIATRIC SERVICES OR PROCEDURES** | | | | Neuropsychological Testing Battery | | | |
| **OFFICE VISITS ESTABLISHED** | | | | Pharmacologic management | | | 90862 | ; per Physician hr; *units x___* | | | 96118 |
| Level 1 | Minimal | | | 99211 | Special reports (i.e. ins. forms) | | | 90080 | ; per Technician hr; *units x___* | | | 96119 |
| Level 2 | PF | PF | SF | 99212 | Evaluation of hospital records | | | 90885 | Neuropsychological Testing Battery, Computer | | | 96120 |
| Level 3 | EP | EP | LC | 99213 | Consultation w/ family | | | 90887 | **OTHER** | | | |
| Level 4 | DH | DE | MC | 99214 | Preparation of report | | | 90889 | IME - worker's compensation only | | | 99456 |
| Level 5 | CH | CE | HC | 99215 | **SPECIAL SERVICES, PROCEDURES AND REPORTS** | | | | Medical conference (pt. and/or family not present); | | | |
| **DIAGNOSTIC OR EVALUATIVE INTERVIEW** | | | | Medical testimony | | | 90075 | approx. 30 min. by non-physician | | | 99368 |
| Diagnostic interview H & P | | | 90801 | Hypnotherapy | | | 90880 | Injection; haloperidol, up to 5 mg | | | J1630 |
| Interactive diagnostic interview | | | 90802 | **HEALTH AND BEHAVIOR** | | | | OTHER: | | | |
| **INSIGHT ORIENTED, BEHAVIOR MODIFYING** | | | | **ASSESSMENT/INTERVENTION** | | | | | | | |
| **AND/OR SUPPORTIVE PSYCHOTHERAPY** | | | | Health and behavior intervention, each 15 min., | | | x___ | | | | |
| Individual therapy 20-30 minutes; | | | 90804 | face-to-face; individual | | | 96152 | | | | |
| w/ E&M service | | | 90805 | group (2 or more patients) | | | 96153 | **Use of e-Prescribing** | | | |
| Individual therapy 45-50 minutes; | | | 90806 | family (with the patient present) | | | 96154 | Prescription(s) generated and transmitted via a qualified | | | G8553 |
| w/ E&M service | | | 90807 | family (without the patient present) | | | 96155 | ERX system or a certified EHR system | | | |
| Individual therapy 75-80 minutes; | | | 90808 | | | | | Previous Balance: _____ | | | |
| w/ E&M service | | | 90809 | Return:  ☐ PRN   ☐ Follow-up   ☐ Check-up | | | | Estimated Visit Total: _____ | | | |
| Orders: | | | | ☐ Days   ☐ Weeks   ☐ Months | | | | Estimated Balance Due: _____ | | | |
| | | | | Refer to: _____ M.D. | | | | Payment Received: $ _____  ☒ | | | |
| Physician/Provider Signature | | | | ☐ Treatment of Problem   ☐ Opinion Only | | | | ☐ Cash        ☐ Visa | | | |
| FC-PSYCH 12/11 | | | | Billing address: P.O. Box 44008 / Jacksonville, Fl 32231-4008 | | | | ☐ Check #        ☐ MasterCard          Initials | | | |
| | | | | Billing inquiry: (904) 633-4200   Tax ID#: 591867557 | | | | | | | |

# OPHTHALMIC

## *SOLUTION OR OINTMENT*

**You have been given:**

Vigamox , Preanisoline , Flurbiprofen

1. USE OPHTHALMIC EYE DROPS OR OINTMENT ***EXACTLY AS DIRECTED BY YOUR DOCTOR.***

2. <u>WASH YOUR HANDS</u> BEFORE AND AFTER USING YOUR EYE DROPS OR OINTMENT.

3. <u>DO NOT TOUCH THE DROPPER OR TUBE OPENING TO ANY SURFACE,</u> INCLUDING YOUR EYES OR HANDS.  THE DROPPER OR TUBE OPENING IS STERILE.  IF IT BECOMES CONTAMINATED, IT COULD CAUSE AN INFECTION IN YOUR EYE.

4. <u>DO NOT USE ANY EYE DROP THAT IS DISCOLORED OR HAS PARTICLES IN IT.</u>

5. <u>STORE TOBRADEX AT ROOM TEMPERATURE</u> AWAY FROM MOISTURE AND HEAT.  KEEP THE BOTTLE OR TUBE PROPERLY CAPPED.

6. USE CAUTION WHEN DRIVING, OPERATING MACHINERY, OR PERFORMING OTHER HAZARDOUS ACTIVITIES.

7. <u>TO APPLY THE EYE DROPS:</u>

   (1) SHAKE THE DROPS GENTLY TO BE SURE THE MEDICINE IS WELL MIXED.

   (2) TILT YOUR HEAD BACK SLIGHTLY AND PULL DOWN ON YOUR LOWER EYELID.

   (3) POSITION THE DROPPER ABOVE YOUR EYE.  LOOK UP AND AWAY FROM THE DROPPER.

   (4) SQUEEZE OUT A DROP AND CLOSE YOUR EYE FOR ABOUT A MINUTE.

## SERIOUS SIDE EFFECTS ARE NOT EXPECTED

*SOME BURNING, STINGING, IRRITATION, ITCHING, REDNESS, BLURRED VISION, EYELID ITCHING, EYELID SWELLING OR SENSITIVITY TO LIGHT MAY OCCUR.*
CONTINUE TO USE DROPS / OINTMENT
AND
TALK TO YOUR DOCTOR
ABOUT ANY SIDE EFFECTS YOU EXPERIENCE.

X _____
Patient Signature

9/23/13 @ 11:41
Date and Time

**Post Operative Instructions**
**Opthalmic Solution or Ointment**
**Perioperative Services**

### Shands
### Jacksonville

Form # 220037
Page 1 of 1

Approved:
Revised:

Distribution:  White - Chart;  Yellow - Patient

ALLMOND, DARRYL
MRN:12737971          ASOPT
DOB:   ▓▓▓▓▓▓▓▓ M
ADM:09/23/13
CSN # 10021198288



**TO BE COMPLETED BY NURSE:**

**Taking My Medications:** After I leave the hospital, I will continue to take my medications as instructed by my physician. I will also report to my primary care physician any reactions (side effects) that I think are caused by my medications. The specific medications I need to continue to take after discharge have been written on the Home Medication List. I have been given a copy of the Home Medication List and understand what medications I am to take, how, and when I am supposed to take them. I understand that I should take my medications as prescribed.

➤ I have been given a copy of the Discharge Order/Instructions Form and the Home Medication List and I understand the instructions.

➤ I have received the prescriptions written by my physician.

➤ I have all of my belongings, which may include but not be limited to my dentures, glasses, hearing aids, personal medications, and any other valuables.

➤ **I received information about the flu and/or pneumonia vaccines and was given an opportunity to receive them.**

X _____      9/23/13          1500
       (Patient's or Caregiver's Signature)          (Date)          (Time)

**Current telephone number for post discharge phone call:** _____

Intravenous lines, telemetry and other equipment discontinued, as appropriate.

Patient informed of Patient Satisfaction Survey.

Discharge via: ☐ Stretcher ☑ Wheelchair ☐ Ambulance By: _____

Mode of Transportation: ☑ Car ☐ Taxi ☐ Ambulance ☐ Bus ☐ Other _____

Discharged With/To the Care of: ☐ Self ☑ Spouse ☐ Significant Other ☐ Parent/Guardian

☐ Other: __Jane Chuclit__

**Discharge Vital Signs:**   96.6      119/80      61      18      10
                          Temperature   Blood Pressure   Pulse   Respirations   Aldrete Score
                                                                                (PACU only)

**Document any interventions for abnormal Vital Signs on the nursing flow sheet and notify Physician prior to discharge.**

_____ RN          9/23/13          1500
       (Nurse's Signature / Title)          (Date)          (Time)

**Discharge Order/Instruction Form - Nursing**

# Shands
# Jacksonville

Form # 150109
Page 1 of 1

Approved: 09/05
Revised: 10/12/10

Distribution: White - Chart; Yellow - Patient ; Pink - Extra

ALLMOND, DARRYL
MRN:12737971          ASOPT
DOB: �altered          M
ADM:09/23/13
CSN # 10021198288

## YOU HAVE JUST HAD THE OPERATIVE PROCEDURE

*Cataract Extraction with Plus implant Right Eye*

### YOUR EYE HEALTH IS IMPORTANT TO US.  PLEASE FOLLOW THESE
### POST OPERATIVE INSTRUCTIONS
[PLEASE FOLLOW THE CIRCLED ITEMS BELOW]

1. REST TODAY

2. NO BENDING AT WAIST

3. NO HEAVY LIFTING

4. NO STRAINING

5. NO RUBBING EYE

6. NOTIFY YOUR DOCTOR FOR

   (1) SEVERE PAIN NOT RELIEVED WITH TYLENOL

   (2) NAUSEA OR VOMITING

   (3) FEVER GREATER THAN 100 DEGREES

   (4) BLEEDING OR DISCHARGE FROM YOUR EYE

   (5) ANY SUDDEN DECREASE IN YOUR VISION

   (6) QUESTIONS ABOUT THE MEDICATION OR FOR ANY CONCERN OR QUESTION YOU MAY HAVE

7. DO NOT REMOVE THE EYE SHIELD OR EYE PAD, UNLESS YOU ARE INSTRUCTED TO INSTILL EYE DROPS:

   (1) NO DROPS TODAY

   (2) ONE DROP 4 TIMES TODAY

   (3) ONE DROP 6 TIMES TOMORROW (4) REPLACE YOUR SHIELD AFTER DROPS

8. AFTER YOU SEE YOUR DOCTOR, YOU WILL WEAR GLASSES (SUN OR PRESCRIPTION) WHEN YOU GO OUTSIDE.  THEN, YOU WILL WEAR YOUR EYE SHIELD AT NIGHT ONLY, TO PROTECT YOUR EYE.

9. TAKE TYLENOL, IF NEEDED FOR DISCOMFORT. * DO NOT TAKE ASPIRIN OR MOTRIN, ADVIL OR ALEVE.

10. BRING THE TOBRADEX TO YOUR FIRST POST OPERATIVE APPOINTMENT TOMORROW.

11. IF YOUR M.D. GAVE YOU DIAMOX, THEN TAKE ONE AT _____ & _____.

12. IF YOU HAD A GAS BUBBLE INSERTED DURING SURGERY, YOU MUST KEEP YOUR FACE DOWN, LOOKING AT THE GROUND.  YOU MUST KEEP YOUR FACE DOWN AT ALL TIMES TO PREVENT THE DEVELOPMENT OF A CATARACT OR GLAUCOMA AND TO HELP THE RETINA REMAIN IN ITS PROPER POSITION.

CALL SHANDS FACULTY EYE CLINIC
TELEPHONE 904-244-9390
(from 8:00 am - 5:00 pm)
OR
MAIN HOSPITAL TELEPHONE 244-0411 AFTER OFFICE HOURS OR WEEKEND AND ASK FOR THE EYE RESIDENT WHO WILL CONTACT YOUR DOCTOR
OR
GO TO THE EMERGENCY ROOM FOR IMMEDIATE CARE
IF NOT ABLE TO CONTACT YOUR DOCTOR

RETURN TO DR. *Pau* AT *8:30* AM / PM
ON *9/24/13* AT THE
SHANDS CLINICAL CENTER, THIRD FLOOR, FACULTY EYE CLINIC

PATIENT / CAREGIVER                    NURSE                    DATE *9/23/13*

**Post-Operative Instructions**
**Ophthalmology**

## Shands
## Jacksonville

Form # 220026
Page 1 of 1

Approved:
Revised:  10/20/11

Distribution:  White - Chart;  Yellow - Patient

ALLMOND, DARRYL
MRN: 12737971        ASOPT
DOB:                 M
ADM: 09/23/13
CSN # 10021198288

**Inmate Charge Summary**

# JACKSONVILLE SHERIFF'S OFFICE

02/22/2013 12:04

| Jail No. | JSO ID | Inmate Name | Housing Location | Security Level | SRA | Projected Release Date: |
|---|---|---|---|---|---|---|
| ☑ 2013001031 | 640541 | ALLMOND,DARRYL NMN | | | MB58 | Actual: 02/21/2013 |

Scheduled:

Amt. Due: $0.00

*Charges:*

| Statute | Statute Description | Degree | Chrg Type | UCR Code | Chrg Status | Case No. | Disposition |
|---|---|---|---|---|---|---|---|
| 948.06 | VIOLATION OF PROBATION OR C( M1 | MISD | 9000 | 10 | | 7 | |

Admit Date 01/11/2013  Sent Start 2/20/2013 12  Sent Date  02/20/2013  ● Suspend ○ Replace  Years  0  0  Months  4  0  Days  0

☐ Consecutive  State  0  Extra  0  ☐ Weekender  ☐ RTS  Bond  Fine $.00  Purge $.00  Bond Grp

Charge Cmts:

Sentence Cmts:

# Correctional Management Information System
## Release Information - 2013001031  ALLMOND, DARRYL

Released Date: 02/21/13 09:23

Release Reason: TIME SERVED

Comments: 5593

Mugshot - ALLMOND,DARRYL NMN

### Inmate Detail

| Jail No. | JSO ID | Inmate Name | Housing Location | Security Level | RSA |
|---|---|---|---|---|---|
| 2013CC1031 | 640541 | ALLMOND,DARRYL NMN | | | BM58 |



[Print] [Close]

**OFFICE OF** . **SHERIFF**

2/1/13

## DEPARTMENT OF CORRECTIONS

## INMATE REQUEST/GRIEVANCE FORM

PRINT ALL INFORMATION

| DATE (MM-DD-YYYY) | JAIL # |
|---|---|
| 02 - 06 - 13 | 201300103 |
| FIRST NAME | LAST NAME |
| Darryl | Allmond |

| ☒ PDF | ☐ MCC | ☐ CTC |
|---|---|---|

HOUSING LOCATION / WORK ASSIGNMENT: _____

This form may be used to request information or a service, to request a Complaint Against an Employee Form, or to initiate a grievance concerning departmental policy, procedure, or any service of the Jacksonville Department of Corrections. **Requests for medical, dental or mental health services shall be made on a sign-up sheet with the designated medication nurse. Medical Grievances may _not_ be requested on this form.**

| **Please select _one_:** ☒ REQUEST ☒ GRIEVANCE |
|---|
| (NOTE: All grievances must be filed within 5 days of the alleged incident.) |

☐ CHAPLAIN  ☐ CLASSIFICATION  ☐ CLOTHING/BEDDING
☐ COMMISSARY  ☐ COURT  ☐ FOOD SERVICE
☒ INVESTIGATOR  ☐ LAW LIBRARY  ☐ MAIL
☐ OFFICER  ☐ PROPERTY ROOM  ☐ PROGRAMS

Please give a description of your request/grievance:

I have talked to medical and I'm not
going to take it. I am being used for
medications which create contracts with
JSO, Dept of Correction City of Jax.
Maybe because I am a high Ranking
LT. for the New Black Panthers Party.
A statement made to them that he has
_____ talk to me
because I am a Black Panther LT. Address the issues.

| 2/6/13 | Darryl D Allmond |
|---|---|
| Date Signed | Your Signature (not valid without your signature) |

(Staff Response/Disposition will be noted on other side)

**WARNING:** The Jacksonville Sheriff's Office regards this form as a legal document. Filing frivolous or false statements to a law enforcement official is a violation of the departmental rules and Florida State Statutes.

P-0356 REV 08-2007

| THIS AREA FOR STAFF RESPONSE |
|---|

*Seen by ARNP Tate on 2/14/13*
*To address medical concurs.*

---

**STEP 1**

*W. Reynolds* 69080      Date: 2 . 15 . 13

Initials, Last Name and ID#

DISPOSITION:
☐ Unresolved    ☐ Resolved: Not in favor of the inmate    ☑ Resolved: In favor of the inmate
☐ Referred To:_____

Comments:_____

---

**STEP 2**

_____ Date:_____-_____-_____

Initials, Last Name and ID#

DISPOSITION:
☐ Unresolved    ☐ Resolved: Not in favor of the inmate    ☐ Resolved: In favor of the inmate
☐ Referred To:_____

Comments:_____

---

**STEP 3**

_____ Date:_____-_____-_____

Initials, Last Name and ID#

DISPOSITION:
☐ Unresolved    ☐ Resolved: Not in favor of the inmate    ☐ Resolved: In favor of the inmate

Comments:_____

**Response to grievances**

Your complaint will be reviewed and answered within 10 calendar days following receipt by the staff member responsible for the area of service you are complaining about. The response provided to you will state if your grievance has been approved, denied or returned to you without action.

If your grievance has been denied and you feel the decision made is not fair or may cause you serious harm, you may request further administrative review. For this please request a *Health Care Grievance Appeal form* and follow the instructions on the form. This form can be obtained from the Grievance Coordinator.

Some of the reasons why your grievance may be returned to you as "*Returned Without Action*" are:
You placed several complaints in one form; your grievance is vague or confusing so it cannot be clearly investigated; your complaint is not legible; your grievance was not filed within a reasonable time after the incident grieved occurred; the grievance is about incidents, procedures or policies that do not affect you directly; your grievance is about circumstances we cannot control. However, if your grievance has been returned to you as "*Returned Without Action*" you may re-file a new one.

If your grievance cannot be resolved by our staff and requires it to be forwarded to a higher authority for further review, you will be provided with an answer within 20 calendar days from the date of receipt by the higher authority.

**How to fill out this form:**

1. **Name.** Write your first and last name and middle initial if any.

2. **Housing location.** Write the floor and cell number you are in.

3. **Jail number.** Write the 10 digit jail number assigned to you.

4. **Date.** Write the month, day and year.

5. **This is a complaint about.** Check the box for the area you have a complaint. Check "other" if no given option applies.

6. Describe in detail your complaint in the provided space. Add other pages if needed. Be specific and provide as much information as possible (names, dates, times, other).

---

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**Division of Health Services**
**Health Care Grievance Form**

Name: **Darryl Allmond**

Housing Location **2E3B**  Jail **2013001031**  Date **1-18-13**

This is a complaint about:

[✓] Medical services  [✓] Medications  [✓] Other: _Treatment_

[✓] Mental Health services  [ ] Medical diet

[ ] Dental services  [ ] A health care employee

**Interpreter needed?**

[ ] No se leer o escribir en Ingles. Por favor LLameme para discutir mis problemas con la ayuda de un interprete

[ ] Mwen pakapab li Angle. Tanpri, re'le' mwen pour diskitee' problem yo. Mwen be'zwen youn ente'pret

Please describe what your complaint is about:

Failure To Provide Serious medication Since 1-11-13, Which has caused and or added insult to injury, and pain. I am treated 3 doctor's all work for Sheriff Your intake dept. are aware thereof This is a breach of Contract, and Constititional rights. Darryl Allmond

What do You have to say?  _____

Your Signature

Legal Assi.

P-1934 03/2010

EX: DH-2

Your grievance has been reviewed by a Division of Health Services staff member of the particular area you were complaining about and this is his response:

Your grievance has been:

[X] Approved   [ ] Denied   [ ] Returned Without Action

[ ] Your complaint has been reviewed and addressed in person on (date) _____ and a satisfying solution to both parties was provided at the time we met.  No parties was provided at the time we met.  No further processing is needed.

[X] A priority appointment has been scheduled for you.  You will be seen by a health care provider On the following date _within the next 7-10 days._

[X] Your medications have been reviewed, ordered and any causes for delay have been solved. You should be getting your prescribed medications soon.

[ ] Your medical record indicates your clinical condition has been treated already and no medications are needed or no other medications will be prescribed.

[ ] Your medically indicated diet has been reviewed and recommendations have been made to the Jail Food Services Supervisor.

[ ] Your complaint has been reviewed but additional processing is needed and your complaint has been forwarded to a higher division authority.  Please allow several days until a final answer is provided.

[ ] Your complaint has been reviewed but no feasible solution can be provided at this time. Limitations out of our control make any solution impractical or unreasonable.

[ ] Your complaint has been reviewed but the information you provided is incomplete, not readable, or too confusing for us to do an investigation and give you an answer.  Please file this grievance again.

[ ] Your complaint has been reviewed and is considered not well-founded, frivolous, repetitious or in violation of the grievance process.  Your complaint has been forwarded to JSO Department of Corrections Operations for further processing and:

  [ ] Disciplinary action against you has been recommended.

  [ ] No disciplinary action against you has been recommended at this time.

---

Please add information to your answer as needed

_Please submit a sickcall request to access mental health services._

Date: _2/6/13_   Provider's _Rusel LeGro SD_

If your grievance was denied and you want to appeal the decision made, you can request a Health Care Grievance Appeal form and follow the instructions on it.

---

Please read carefully the following rules and regulations:

**What is the purpose of this form?**
This form is intended to document and process any **VALID GRIEVANCE** you may have about the health care services provided at the jail. To get access to services (medical, mental, dental, testing, others) place a sick call request. **DO NOT USE THIS FORM TO PLACE A SICK CALL.**

**What is a valid grievance?**
Some examples of valid grievances might be: you are not getting your prescribed medications, you have signed for sick call several times and you have not been seen, you have a complaint against one of our employees, you are not getting your medical diet as indicated, you have been charged for services not provided. You should file your grievance within a reasonable time of when the event you are complaining about took place.

**Basic rules**
Your grievance must be readable and make sure that you have included all the facts accurately. Do not write several complaints in a single form.

**WARNING—Misuse of the Grievance Process:**
The following will be considered abuse, misuse or violation of the grievance process and will result in termination of the review and possible disciplinary action such as temporary loss of privileges (no recreation time or others):
A. Providing false or inaccurate information.

B. Using the grievance process to harass staff or other inmates.

C. Using the grievance process to disrupt operations.

D. Using abusive, obscene, or degrading words in the grievance form.

E. Filing a frivolous grievance (those without merit or a basis in fact).

F. Making repetitive complaints about small, insignificant issues for which there is not likely a remedy.

G. Filing additional grievances for the same complaint while an investigation is ongoing.

H. Repeated submission of the same complaint after a final response has been received

JSO will take disciplinary action on a case by case basis.

MY COPY

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**DIVISION OF HEALTH SERVICES**

## Non-Emergency Health Services Request

Name: Darryl Allmond      Date: 1/17/13      Location: 2E 3P-71

Jail Number: 2013001031      Date of Birth: ▇▇▇▇▇▇

NOTE: JSO has a co-payment policy (**$5 dollar per request plus $5 dollar for medications**). However, access to care will not be denied if you do not have any money/funds. Fees apply only to Medical, Dental and Mental Health requests.

Objection 10

### Service Requested ( Check ONLY one)

☑ Medical      ☐ Dental      ☐ Mental Health      ☐ Testing for HIV/STD      ☐ Information-Inquiry Only
☐ Requesting a Grievance Form      ☐ Recognition – Suggestions (See below)

**PLEASE READ**: Describe and/or answer questions related to your medical, mental health, or dental problem (To expedite your request, make sure that the information is accurate, neat, and you SIGN the request. Any **incomplete request, foul language** or unreasonable non-health related requests may be rejected)

Recognitions-Suggestions: If you are using this form to recognize a health care provider or suggest ways to improve health care services, the Division of Health Services thanks you for taking your time and assures you that your opinion matters.

Information provided is confidential and will be reviewed by a health care professional and you will be scheduled for a medical appointment if needed

State Problem:

How long have you had this problem:

If pain:   Location:                    Pain goes also to:

Feels like: ☐ Aching   ☐ Burning   ☐ Crampy   ☐ Dull   ☐ Sharp   ☐ Squeezing   ☐ Stabbing

In the last 24 hours: Assign a number to your pain with 10 the worst pain of your life and 0 no pain: Number:

Date time problem/pain started:

Problem/pain is ☐ Constant   ☐ Often   ☐ Occasional

Number of episodes in the last 24 hours:

Problem/pain happened/started after:

Problem/pain is made worse by:

Problem/pain is made better by:

With problem/pain I also experience: ☐ Shortness of breath   ☐ Sweating   ☐ Fever   ☐ Nausea   ☐ Vomit   ☐ Diarrhea

Other: Please Accept this Notice in lieu of a more formal Grievance Complaint - Since 1-11-13 Your intake was aware of more serious medication needed. Your failure to provide breech contract violate my constitutional rights.

SIGNATURE:

### FOR MEDICAL PERSONNEL USE – DO NOT WRITE ON THIS BOX

☐ A ☐ B ☐ C   ☐ Sch. RN. ☐ Sch. MLP ☐ Dental ☐ STDs ☐ Sch. For          Send request to: ☐ Patient ☐ RM ☐ Other:

Triaged by:                    Date:

P-1910 01/2011

EX: DA-1

**Response to grievances**
Your complaint will be reviewed and answered within 10 calendar days following receipt by the staff member responsible for the area of service you are complaining about. The response provided to you will state if your grievance has been approved, denied or returned to you without action.

If your grievance has been denied and you feel the decision made is not fair or may cause you serious harm, you may request further administrative review. For this please request a *Health Care Grievance Appeal form* and follow the instructions on the form. This form can be obtained from the Grievance Coordinator.

Some of the reasons why your grievance may be returned to you as "*Returned it Action*" are:
Yu. placed several complaints in one form; your grievance is vague or confusing so it cannot be clearly investigated; your complaint is not legible; your grievance was not filed within a reasonable time after the incident grieved occurred; the grievance is about incidents, procedures or policies that do not affect you directly; your grievance is about circumstances we cannot control. However, if your grievance has been returned to you as "*Returned Without Action*" you may re-file a new one.

If your grievance cannot be resolved by our staff and requires it to be forwarded to a higher authority for further review, you will be provided with an answer within 20 calendar days from the date of receipt by the higher authority.

**How to fill out this form:**

1. **Name.** Write your first and last name and middle initial if any.

2. **Using location.** Write the floor and cell number you are in.

3. **Jail number.** Write the 10 digit jail number assigned to you.

4. **Date.** Write the month, day and year.

5. **This is a complaint about.** Check the box for the area you have a complaint. Check "other" if no given option applies.

6. Describe in detail your complaint in the provided space. Add other pages if needed. Be specific and provide as much information as possible (names, dates, times, other).

---

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**Division of Health Services**
**Health Care Grievance Form**

Name: Darryl Allmond

Housing Location 2E3B   Jail 2013-00103l   Date 1-18-13

This is a complaint about:

[X] Medical services    [X] Medications    [X] Other: Treatment

[X] Mental Health services    [ ] Medical diet

[ ] Dental services    [ ] A health care employee

Interpreter needed?

[ ] No se leer o escribir en Ingles. Por favor LLameme para discutir mis problemas con la ayuda de un interprete

[ ] Mwen pakapab li Angle. Tanpri, re'le' mwen pour diskitee' problem yo. Mwen be'zwen youn ente'pret

Please describe what your complaint is about:

Failure To Provide Serious medication Since 1-11-13, Which has Caused and or added insult to injury, and pain. I am treated 3 doctor's all work for Shands /our intake dept. are aware thereof This is a breach of Contract, and Constititional rights. Darryl Allmond
What do You have to say?    Your signature

Legal 17351

P-1934 03/2010

EX. DA-2                                                      H3

Greivance: HVLQ-2
Med. Asst. 2nd shift 1-21-13
Gave med. cup with wrong Name
which interaction with different
Med. Can cause illness, breach of Protocal

1-24-13 physical given but other meds. were not, told to drop a
       sick call ████████ seen 1-3 days.

1-22-13, First Greivance returned say will see you on 1-30-13

1-31-13, Fail to keep appointment schedul on 1-30-13

EX. DA-3

1-31-13, Filed Proper Notice of Intent to suit
          DHS CMS, medial, mental Health.

FRI.
2-7-13 - Issue on Greivance, 7-10 days writing for meds
  or      did't mark Exhibit, to JSO medical Services
  8       P/O visit investigation

2-8-13- After dinner called to medical, C/o said name mistake

2-10-13, EX. DA-4 Notice of intent to suit, JSO, Dept
         of Correction, City of Jax.

2-11-13  at 6:00 pm seen N/P to discuss medications, some she
        claim will be given but some treatment will be denied
        it must get worst, ask was I still homeless, tax payers
        deny some treatment, med of New was not given on date
        hearing Refer to Phsy & change mg. of medi formen to the
        dose given by Dr.

For Pro-Se

Justice Administrative Commission
    P O Box 1654
    Tallahasse, Fl. 32302

1.

**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**DIVISION OF HEALTH SERVICES**

## Non-Emergency Health Services Request

Name: _Darryl Allmond_   Date: _1/17/13_   Location _2E 3B-71_

Jail Number: _2013001031_   Date of Birth ▓▓▓▓▓▓▓▓

---

**NOTE:** JSO has a co-payment policy **($5 dollar per request plus $5 dollar for medications)**. However, access to care will not be denied if you do not have any money/funds. Fees apply only to Medical, Dental and Mental Health requests.

*Objection To*

**Service Requested ( Check ONLY one)**

☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Testing for HIV/STD   ☐ Information-Inquiry Only
☐ Requesting a Grievance Form   ☐ Recognition – Suggestions (See below)

**PLEASE READ**: Describe and/or answer questions related to your medical, mental health, or dental problem (To expedite your request, make sure that the information is accurate, neat, and you SIGN the request. Any **incomplete request, foul language** or unreasonable non-health related requests may be rejected)

Recognitions-Suggestions: If you are using this form to recognize a health care provider or suggest ways to improve health care services, the Division of Health Services thanks you for taking your time and assures you that your opinion matters.

---

Information provided is confidential and will be reviewed by a health care professional and you will be scheduled for a medical appointment if needed

State Problem:

How long have you had this problem:

If pain:   Location:   Pain goes also to:

Feels like: ☐ Aching   ☐ Burning   ☐ Crampy   ☐ Dull   ☐ Sharp   ☐ Squeezing   ☐ Stabbing

In the last 24 hours: Assign a number to your pain with 10 the worst pain of your life and 0 no pain: Number:

Date time problem/pain started:

Problem/pain is ☐ Constant   ☐ Often   ☐ Occasional

Number of episodes in the last 24 hours:

Problem/pain happened/started after:

Problem/pain is made worse by:

Problem/pain is made better by:

With problem/pain I also experience: ☐ Shortness of breath   ☐ Sweating   ☐ Fever   ☐ Nausea   ☐ Vomit   ☐ Diarrhea

Other: _Please Accept this Notice in lieu of a more formal greivance complaint - Since 1-11-13 Your intake was aware of more serious medication needed Your failure to provide breech contracts Violate my Constitutional rights._

SIGNATURE: _[signature]_

---

**FOR MEDICAL PERSONNEL USE – DO NOT WRITE ON THIS BOX**

☐ A ☐ B ☐ C   ☐ Sch. RN.   ☐ Sch. MLP ☐ Dental ☐ STDs ☐ Sch. For   Send request to: ☐ Patient   ☐ RM ☐ Other:

Triaged by:   Date:

EX. DA-1

# Demand Letter

Date: Feb. 25, 2013

To: Iso Medical Serv. Admin.
Duval County Jail, Ft. AL,
500 E. Adams St.
Jax. Fl. 32202

[name and address of party with whom you have a dispute]

I am requesting compensation for the following problem: [Describe in your own words exactly what happened. Specify dates, names of people with whom you dealt, and the damages you have suffered.]

On date 1-11-13. Iso Medical Service were aware of needed medication and treatment and for more than 30 days denied medication for pain, prostate enlargement left eye, depression and post trumatic stress, mental Health, Nasal spray. Altered the mg. of metformin which was given on 1-12-13. and refuse to give treatment for Hip. 3 as requested and failed to contact CVS for list of medication or contact Plaintiff's doctor's to confirm treatment and medications. Greivance was filed on 2-7-13 in favor of Darryl Allmond on 2-15-13. ARNP Tate to address medical concerns on 2-11-13. Allmond was also supposed to be seen on 1-13-13 and 1-30-13. however aPPT. was denied. As well as referal to mental health denied. Ms. Luna, DOC failed to release Allmond on 1-30-13 time served by the Court unlawful detained release 2-21-13

Please send me a check or money order in the amount of: $ 3,000,000.00 on or before
March, 25, 2013 [specify date].

If I don't receive payment by this date, I will take this case to court immediately unless you notify me that you are willing to try to resolve this dispute through mediation. In that case, I am willing to meet with a neutral third party agreed to by both of us in a good faith attempt to resolve the dispute without court action.

Thank you for your immediate attention to this matter.

Sincerely,
Signature Darryl Allmond, Proe

Daytime phone 904-233-0788 Evening phone 904- 705-7905

Email darrylandjaneo11 @ hotmail.com

I hareby certify that a Copy served on dat 2-25-13

## Title II of the Americans with Disabilities Act
## City of Jacksonville Grievance Form

Instructions:   Sign and return original with signature to:

Beth Meyer
Manager of Disabled Services, ADA Coordinator
Office of Disabled Services
117 West Duval St., Suite 205
Jacksonville, FL 32202

**This information will be held in confidence unless instructed otherwise by you.
Please note that this grievance form applies to facilities, services and programs
owned and or operated by the City of Jacksonville.**

Please fill out this form completely. (Gray boxes)

**Your name** (*complainant*):   Darryl Allmond

**Address:**  2843 Spring Park Rd.
#1603
Jax. Fl-32207

**Telephone numbers:** *Home:*          *Work:*          *Cell:*  904-382-3499

**E-mail address:**  darrylandjanell@ hotmail.com

Reason for grievance/compliant, or why you feel you have been discriminated against.
Please be specific and provide as much information as possible i.e. location, date, time,
names etc. (*Type in gray box, this box will expand as you type to accommodate your
information*)  From. Or around January, 2013 thru. Feb. 2013
at 500 E. Adams ST. Jax. Fl. violation's of my Civil rights
by JSO, medical Services & Correction's violation of the ADA
8th, and 14 Amendment Denied of Health care of serious injuries
& medication, fail to release me from jail after Life Service mental,
**Your signature:** Health denied, Failure to Provide, breach of Contract.
this is not limited,
(  Darryl Allmond, Legal Asst.

**Date:**  12/6/13

If you have questions about this form, need an accommodation, or a different format,
please contact the ADA Coordinator at 904-630-4940,
or email bmeyer@coj.net.

Please allow us 15 days to respond to your complaint and an additional 15 days to
investigate.  Please refer back to the <u>City of Jacksonville's Grievance Procedure</u> under
the Americans with Disability Act for additional information.

**JACKSONVILLE SHERIFF'S OFFICE**
**501 E. BAY STREET**
**JACKSONVILLE, FLORIDA 32202-2975**

## EMPLOYEE COMPLAINT FORM

| Nature of Incident/Event | I.A. # (Administrative Use Only) |
|---|---|
| Bias Based / Grievance | 13-00106 |

| SHERIFF'S OFFICE EMPLOYEE INFORMATION | CITIZEN INFORMATION |
|---|---|

**Employee's Name and ID# (if known)** UK
JSO Med.-Serv. / classification officer

**Citizen's Name (First  MI  Last)** Darryl Allmond

| Race | Sex | Height | Weight | Approximate Age |
|---|---|---|---|---|
| | | | | |

**Home Address** 2943 Spring Park Rd.   **Apt#** 1003

**Other Identifying Characteristics**

**City** Jax.  **State** Fl  **Zip Code** 32207

| Vehicle or Tag # | Vehicle Model | In Uniform |
|---|---|---|
| | | |

**Race** Blk  **Sex** M  **D.O.B.** 1-30-55

**Employee Vehicle Description (Marked/Unmarked, Color)**

**Home #**  **Business #**  **Cell #** 233-0781  705-7905

**Location of Incident/Event**

**Name of Witness (First  MI  Last)**

| Day and Date of Incident/Event | Time |
|---|---|
| | |

**Witness Address   City, State   Zip Code**

**Today's Date and Time**

**Witness Phone Number(s)**

**EXPLANATION OF EVENT: (Also list on the back any additional information, employees, witnesses, etc)**

From date 1-11-13 thur 2-20-13, Medication care and treatmost was denied, except for metiformed metformin, which has been alter lipril was given. ARNP Tate, failed to treat with medication even on 1-13-13, 1-30-13 fail to keep appt. Medical dept - was aware of all medications or inpries complained of. Stated will contact CVS, or my doctors for list of medications and treatment they fail that to. Refered to mental health fail that to

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** Darryl Allmond, Pro Se   2-25-13
All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| MD SJ  63416 | I.A. | 2/25/13  245P |

P-0235 Rev. 03/2009

I.A. # _____

**JACKSONVILLE SHERIFF'S OFFICE**
**EMPLOYEE COMPLAINT FORM**
**NARRATIVE CONTINUATION SHEET**

Continue explanation of incident/event, listing additional witnesses and employees.  List names, addresses and phone numbers of all additional parties.

On 2-20-13 Judge Hudson sentence me to time served, I was not release until the next day. Contrary to the Court order. I file grievance complaints while at the jail, with JSO medical services, and to Dept. of Correction officers.

They have clearly breach the contracts and I was denied medical benefits- Violations of my 14th, 8th, 5th, 4th, 1st amendments rights- Medical Tech. Darryl, said because I am a black Panther he will not talk to me because he has a white women. I was discriminated against because I am a black Panther. Minister of Justice & law and LT. I suffered Needless pain as even officer said to medical Tech. That's a black Panther 2nd shift officer white male young looking. See Attached Demand Letter, Lawsuit pursuant to Fla. Stat. at least 5 medications for treatment was denied for more than 30 days at the Duval County Jail.

P-0235 Rev. 03/2009

Mr. DarryL Allmond, Pro-Se
LeSal Asst.
2943 Spring Park Rd. #1003
Jacksonville, Fl. 32207
904-382-3419

Mrs. Beth Meler
Manager of Disable Services. ADA Coordintor
office of Disabled Services
117 West Duval St: Suite 205
Jacksonville, Fl. 32202

RE: <u>Complaint Not Resolved</u>

Dear Mrs. Beth Meler. The moving Party DarryL Allmond, Pro-Se
     COME Now.... Per our meeting on or around 1|3|14
with respect to the above matter and Your finding. Objection
to. You are directed to Provide me with a Notice of
Non-resolution, within dats and with respect to Federal
Guide lines Provided by the ADA.
     You are also directed to Provide a copy of all records,
medical records that You based Your finding thereof. I hereby
submit and smell a Concealment.
     To my understanding You did Lawier Up; [General Counsel]

_Darryl Allmond, Pro-Se_

1|6|14

cc: All Parties

my copy

# Title II of the Americans with Disabilities Act
# City of Jacksonville Grievance Form

**Instructions:** Sign and return original with signature to:
Beth Meyer
Manager of Disabled Services, ADA Coordinator
Office of Disabled Services
117 West Duval St., Suite 205
Jacksonville, FL 32202

**This information will be held in confidence unless instructed otherwise by you.
Please note that this grievance form applies to facilities, services and programs
owned and or operated by the City of Jacksonville.**

Please fill out this form completely. (Gray boxes)

**Your name** (*complainant*): Darryl Allmond

**Address:** 2943 Spring Park, Road. APT. No. 1003 Jacksonville, Fla. 32207

**Telephone numbers:** *Home:*      *Work:*      *Cell:* 904-382-3499

**E-mail address:** darrllandjane011@hotmail.com

Reason for grievance/complaint or why you feel you have been discriminated against.
Please be specific and provide as much information as possible i.e. location, date, time,
names etc. (*Type in gray box, this box will expand as you type to accommodate your
information*) City of Jacksonville Pretrial Detention Center, 500 E. Adams ST. Jax. Fl.32202
on or around 1-11-13 thur. 2-21-13. JSO medical serv, ARNP Tate, Correctional
Dept. of Duval County, Medical Tech. Darril discriminated against Darril Allmond
and denied him medical Services, mental Health Services, Programs because of
Allmond's disabilities, Political Beliefs and denied of Due Process of Law Cause Serious

**Your signature:** physical, mental, emotion Pains and suffering without cause, and
Darryl Allmond              for being a member of the New Black Panther Party.
**Date:** 12/10/13

If you have questions about this form, need an accommodation, or a different format,
please contact the ADA Coordinator at 904-630-4940,
or email bmeyer@coj.net.

Please allow us 15 days to respond to your complaint and an additional 15 days to
investigate. Please refer back to the <u>City of Jacksonville's Grievance Procedure</u> under
the Americans with Disability Act for additional information.

NOTE:
Jis. Rights Sec.
IV. Rights div.
S.Depth of
Istice,
sh.D.C/

Please Provide Copies of all documents. Papers. Note's with respect to your Prior investigation
on behalf of EEOC, and noting our Prior Conversations, and Paper's You claim
of Your finding to General Counsel Office needing Policies in effect / or if they
were in effect the medical employees fail to follow them. Need to Put something in Place
another doctor to deal with newly admitted inmates & their medication Programs

JACKSONVILLE SHERIFF'S OFFICE
501 E. BAY STREET
JACKSONVILLE, FLORIDA 32202-2975

## EMPLOYEE COMPLAINT FORM

| Nature of Incident/Event | I.A. # (Administrative Use Only) |
|---|---|
| Abuse of Police Power/False INFRO. | |

### SHERIFF'S OFFICE EMPLOYEE INFORMATION          CITIZEN INFORMATION

**Employee's Name and ID# (if known)**
Skinner (63427) Shell (60325) Nelson (7498)

**Citizen's Name (First MI Last)**
Darryl Allmond

| Race | Sex | Height | Weight | Approximate Age |
|---|---|---|---|---|
| | m | 5/10 | 170 | 35 |

| Home Address | Apt# |
|---|---|
| 3830 University Blvd. S | 19 |

| City | State | Zip Code |
|---|---|---|
| Jax. | Fl. | 32216 |

**Other Identifying Characteristics**

| Race | Sex | D.O.B. |
|---|---|---|
| Blk | m | 1-30-55 |

| Vehicle or Tag # | Vehicle Model | In Uniform |
|---|---|---|
| N/A | marked | Yes |

| Home # | Business # | Cell # |
|---|---|---|
| 904-402-9722 | | |

**Employee Vehicle Description (Marked/Unmarked, Color)**
Marked

**Location of Incident/Event**
3830 University Blvd. S #1

**Name of Witness (First MI Last)**

| Day and Date of Incident/Event | Time |
|---|---|
| Tue, 2007 12/25/07 | 19:30 |

**Witness Address      City, State      Zip Code**

**Today's Date and Time**
10-13-09

**Witness Phone Number(s)**

**EXPLANATION OF EVENT:** (Also list on the back any additional information, employees, witnesses, etc)

(A) objection to Police report Incident No. 2007 th 1122756.
Report contained false information regarding a minor * Rawl Charks
statement. Victum never landed on the ground. * Rawl was in the bed Rm. door closed
she only landed on the couch, and trip over the suspect foot. Sheriff officer stated
to suspect that he can not understand what she is saying. The alleged
Victum was probably talking in broken French. Mrs. Charles was
in shock and suffering from mental & physical pain in the tail bone

**F.S.S. 837.06:** Whoever knowingly makes a false statement in writing with the intent to mislead a public servant in the performance of his or her official duty shall be guilty of a misdemeanor of the second degree.

**Signature of Citizen:** (A) Darryl Allmond, Paralegal, Pro Se
All information is true and correct to the best of my knowledge.

| Employee Accepting Form | Assignment | Date and Time |
|---|---|---|
| | | |

## JACKSONVILLE SHERIFF'S OFFICE
## EMPLOYEE COMPLAINT FORM
## NARRATIVE CONTINUATION SHEET

I.A. # _____

**Continue explanation of incident/event, listing additional witnesses and employees.  List names, addresses and pho numbers of all additional parties.**

from a pre existing, injury therefore under duress. I am her Power of Attorney, the officer took me outside and question her and a minor without my consent, therefore I was falsely arrested. However Plead no contest, but withdraw my Plead I only pleaded because, Ms. Luna and Mr. Aguilar at Duval County Jail denied me medication for hight blood Pressure, diabetes, and cronic Pain for 23 days, and Mr. Luna state that they will not give medication I have to get out of jail First. there fore my plea was involentary" medical duress. Wherefore this report by the officers is questionable and misleading. The report was fixed against Allmond because Allmond is Black and they were white. They cross the line when they acted contrary to Allmond constitutional Rights. This matter is now at the 1st. DCA because Ms. Patel and mantei, Prosecutors was in possession of evidence that a crime was not committed at the sentence Phase of Allmond, and fail to disclose to the trial Court or defense, however if not overturn by 1st.DCA then a Federal Action Writ of Habeas Corpus will be filed in the U.S. Dist Court for Order and opinion of a Federal Judge Howard, Allmond will not be time barred to file the Writ and Lawsuit. This is an abuse of Police Power, and directed to take down a great Black man and subjecting him to harsh punishment their were no witnesses in the alleged domestic Battery. Demand probe into officers writing their reports which appears to be mis statements. YOU ARE Directed. What do You have to say to that ?

# The Salvation Army Correctional Services
# Client Grievance Form

This Grievance Form is to be completed by the Client. It should include the dates, times, persons involved, and reasons(s) this grievance is being filed.

On date 4-17-08 while at class I was informed of termination, and can reenrole. I received by mail a letter from Dee Dee Riggs a Supv. that I am terminated because I attended #1 class and served a copy to a 3rd-Party. However I was in classes on 3-1-08, 3-6-08, 3-13-08, 3-21-08, 3-28-08, 4-4-08, 4-11-08 and 4-17-08 for 1hr. because of my wife work hours and I have to take her back and fourth to her Patience homes. Their were no objections. On 5-16-08, and 5-21-08 I attended class 2 hrs. each, however, I informed Ms. Riggs that I have S.S.I, and I can see their doctor she states "tell it to the judge. I dont have money to pay. after class, she try to give me a paper I didn't need my case is still open, their's no victum, the information is protected by spouse. Attorny - non attorny Privileges - she stated don't come back - I ask was I term. she says NO

I attest, swear, and affirm that the incident(s) and representations made within are factual and correct.

_____ Darryl Altmon, Paralegal

**Client Signature**

5-21-08

**Date**

cc: File

DCHD–Division of Institutional Medicine – Bay St Health Center

## MEDICAL REQUEST

NAME: Darryl Allmond          DATE 1/11/07   DOB 1-30-55

Docket # 200700077   Social Security# ▆▆▆▆▆▆▆

LOCATION 2W/1A (3)

CHECK IF: ☒MEDICAL   ☐DENTAL   ☐MENTAL HEALTH ☐ METHADONE

NOTE: 1. This form is to request non-emergency appointments. We review your request immediately and schedule an appointment within 24-48 hours Monday through Friday (72 h on weekends). In case of emergency notify correctional staff immediately.
2. Only medical personnel has access to this information.

REASON:

To- Nelson Asuilar:
   Thur far I have been denied medical treatment for blood sugar and Physical injuries from 1-6-07 -back -shoulder -knee, ankle Pain You are responsible - Prior to this date I suffered 16 days without treatment.
   Man! Prisoners suffer Nons details. if you can't do your Job you should resisn, you have breach or cause too breach medical standard of care. -protocol

PROPER
NOTICE!

## INFORMATION REQUEST

Daryl Allmond -
parof es of

Use this section to inquire about any health concern relating to you. For grievances request the Grievance Form from any medical personnel. We will answer your request using this form as soon as possible.

JAN 11 2007

ese forms are distributed, collected, and returned back if necessary ONLY by medical personnel. Do not accept or handle this form to non-medical personn

DCHD-DIM-09-06-M-001

CC:
File

DCHD- ___ ___ of Institutional Medicine – Bay St Health C___

## MEDICAL REQUEST

NAME  Darryl Allmond      DATE  1/10/07      DOB  ▓▓▓▓▓▓

Docket #  200700___171    Social Security# ▓▓▓▓▓▓▓▓

LOCATION  2W-1A (3)

CHECK IF: ☒MEDICAL   ☐DENTAL   ☐MENTAL HEALTH ☐ METHADONE

NOTE: 1. This form is to request non-emergency appointments. We review your request immediately and schedule an appointment within 24-48 hours Monday through Friday (72 h on weekends). In case of emergency notify correctional staff immediately.
2. Only medical personnel has access to this information.

REASON:   I have submitted medical requests for serious back. Shoulder Knee Ankle pain and I have Sugar. Thus far treatment has been denied. Your Continue breach of care will result in me Contacting corp office in KS. MO. for Possible action and settlement of any claim. Denial of care from 1/6/07

## INFORMATION REQUEST

Use this section to inquire about any health concern relating to you. For grievances request the Grievance Form from any medical personnel. We will answer your request using this form as soon as possible.

CC:
File

ese forms are distributed, collected, and returned back if necessary ONLY by medical personnel. Do not accept or handle this form to non-medical personn___
DCHD-DIM-09-06-M-001

1/18/07                              Darryl Allmond - Paroles.

DCHD-Division of Institutional Medicine – Bay St Health Center

## MEDICAL REQUEST

NAME  Darryl Allmond   DATE 1/15/07   DOB ▓▓▓▓

Docket # 2007000771   Social Security# ▓▓▓▓

LOCATION  2E 2A (27)

CHECK IF: ☒MEDICAL   ☐DENTAL   ☐MENTAL HEALTH ☐ METHADONE

NOTE: 1. This form is to request non-emergency appointments. We review your request immediately and schedule an appointment within 24-48 hours Monday through Friday (72 h on weekends). In case of emergency notify correctional staff immediately.
2. Only medical personnel has access to this information.

REASON:

I am Diabetic and have physical injuries and suffering pain. I Demand medical Treatment. I am having faint spells and dizziness.

Ive been complaining since 1/6/07 I dr Clare Medical Emergency I demand my blood sugar Count.

## INFORMATION REQUEST
MB

Darryl Allmond

Use this section to inquire about any health concern relating to you. For grievances request the Grievance Form from any medical personnel. We will answer your request using this form as soon as possible.

95.2 48 20 120/80
) Pt. c/o pain on (R) knee pain 2°
TRAUMA during Arrest — states he has
pain worse when he walks a long period
of time —
) USSA
) knee — (R) Hypertrophic Area of bone
on (R) knee — tender from.
(A) (R) knee pain
1/12/07 (1) Motrin 800mg PO BID X 7d
RTC prn times sx

JAN 16 2007

se forms are distributed, collected, and returned back if necessary ONLY by medical personnel. Do not accept or handle this form to non-medical personn-
DCHD-DIM-09-06-M-001

c: File

DCHD-Division of Institutional Medicine – Bay St Health Center

2E 27 27

**MEDICAL REQUEST**

JAN 13 2007

NAME Darryl Allmund   DATE 1/13/07   DOB ▓▓▓▓▓▓

Docket # 2007000771   Social Security# ▓▓▓▓▓▓

LOCATION 2W-1A-(2)

CHECK IF: ☒MEDICAL   ☐DENTAL   ☐MENTAL HEALTH ☐ METHADONE

NOTE: 1. This form is to request non-emergency appointments. We review your request immediately and schedule an appointment within 24–48 hours Monday through Friday (72 h on weekends). In case of emergency notify correctional staff immediately.
2. Only medical personnel has access to this information.

REASON:

I am Diabetic and suffering Pain from insuries and no care has been given Yet.

The Nurse was told on date 1-6-07 about the above.

Ex. 58

My Doctor is Dr. Pennington 1906 Southside Blud- Jay-Fl.

**INFORMATION REQUEST**

Use this section to inquire about any health concern relating to you. For grievances request the Grievance Form from any medical personnel. We will answer your request using this form as soon as possible.

Diabetic meds & Pain meds
It Appears that you are forcing me into shock by denial of meds, and concealing my injuries caused by sheriffs

This Is A True and
Accurate Copy of the
Original Medical Record
Date 3/13/07 Time 1115AM
By ▓▓▓▓▓
Medical Records Custodian

LWB

se forms are distributed, collected, and returned back if necessary ONLY by medical personnel. Do not accept or handle this form to non-medical personn
DCHD-DIM-09-05-M-001

cc File

**Response to grievances.**
Your complaint will be reviewed and answered within 10 calendar days following receipt by the staff member responsible for the area of service you are complaining about. The response provided to you will state if your grievance has been approved, denied or returned to you without action.

If your grievance has been denied and you feel the decision made is not fair or may cause you serious harm, you may request further administrative review. For this please request a *Health Care Grievance Appeal form* and follow the instructions on the form. This form can be obtained from the Grievance Coordinator.

Some of the reasons why your grievance may be returned to you as *"Returned without action"* are:
You placed several complaints in one form; your grievance is vague or confusing so it cannot be clearly investigated; your complaint is not legible; your grievance was not filed within a reasonable time after the incident grieved occurred; the grievance is about incidents, procedures or policies that do not affect you directly; your grievance is about circumstances we cannot control. However, if your grievance has been returned to you as *"returned without action"* you may re-file a new one.

If your grievance cannot be solved by our staff and requires to be forwarded to a higher authority for further review, you will be provided with an answer within 20 calendar days from the date of receipt by the higher authority.

**How to fill out this form:**

1. **Name.** Write your first and last name and middle initial if any.
2. **Housing location.** Write the floor and cell number you are in.
3. **Docket number.** Write the 10 digit jail number assigned to you.
4. **Date.** Write the month, day and year.
5. **This is a complaint about.** Check the box for the area of services you want to complaint about. Check "other" if no given option applies.
6. **Describe in detail your complaint in the provided space.** Add other pages if needed. Be specific and provide as much information as possible (names, dates, times, other)

---

**PCHD**

# Institutional Medicine
# Health Care GRIEVANCE Form

Name __Darryl Allmond__

Hc ) location _21E2A_   Docket # _2067055121_ Date _1/15/08_

This is a complaint about:

- [x] Medical services
- [ ] Mental Health services
- [ ] Dental services
- [ ] Medications
- [ ] Medical diet
- [x] A health care emplo[yee]
- [ ] Other

RECEIVED

**Interpreter needed?**

- [ ] No se leer o escribir en Ingles. Por favor llameme para discutir mis problemas con la ayuda de un interprete.
- [ ] Mwen pakapab li Angle. Tanpri, rélé mwen pour diskité problem yo. Mwen bézwen youn entépret

*Please describe what your complaint is about*

This grievance relates back to January 2007. Mr. Nelson Aguilar stated my left knee was deformed that statement was untrue. I had surgery in that knee and back injury was also found by scat scan. Further No med. was given for about 16 days. Med. request forms were missing from my file three. Prior Grievance forms were not responsive.

Notice for a Claim has been submitted AND Now — My civil and constitutional Rights has been violated & breach of contract I was denied benefit.

_Darryl Allmond_
Your signature

**Response to grievances**

Your complaint will be reviewed and answered within 10 calendar days following receipt by the staff member responsible for the area of service you are complaining about. The response provided to you will state if your grievance has been approved, denied or returned to you without action.

If your grievance has been denied and you feel the decision made is not fair or may cause you serious harm, you may request further administrative review. For this please request a *Health Care Grievance Appeal form* and follow the instructions on the form. This form can be obtained from the Grievance Coordinator.

Some of the reasons why your grievance may be returned to you as *"Returned without action"* are:
You placed several complaints in one form; your grievance is vague or confusing so it cannot be clearly investigated; your complaint is not legible; your grievance was not filed within a reasonable time after the incident grieved occurred; the grievance is about incidents, procedures or policies that do not affect you directly; your grievance is about circumstances we cannot control. However, if your grievance has been returned to you as *"returned without action"* you may re-file a new one.

If your grievance cannot be solved by our staff and requires to be forwarded to a higher authority for further review, you will be provided with an answer within 20 calendar days from the date of receipt by the higher authority.

**How to fill out this form:**

1. **Name.** Write your first and last name and middle initial if any.
2. **Housing location.** Write the floor and cell number you are in.
3. **Docket number.** Write the 10 digit jail number assigned to you.
4. **Date.** Write the month, day and year.
5. **This is a complaint about.** Check the box for the area of services you want to complaint about. Check "other" if no given option applies.
6. Describe in detail your complaint in the provided space. Add other pages if needed. Be specific and provide as much information as possible (names, dates, times, other)

---

CP 1/31/08

**DCHD**
**Institutional Medicine**
**Health Care GRIEVANCE Form**

Name Darryl Almond

Housing location 2E2A  Docket # 2007055721  Date 1/25/05

This is a complaint about:

- [x] Medical services
- [ ] Mental Health services
- [ ] Dental services
- [ ] Medications
- [ ] Medical diet
- [ ] A health care employee
- [ ] Other

RECEIVED

**Interpreter needed?**

- [ ] No se leer o escribir en Ingles. Por favor llameme para discutir mis problemas con la ayuda de un interprete.

- [ ] Mwen pakapab li Angle. Tanpri, rélé mwen pour diskité problèm yo. Mwen bézwen youn entéprèt

*Please describe what your complaint is about*

Come Now --- Since my stay here 12-25-07 and continuing I have been denied medication for High blood presure at least 3 times. Denied Diabetic and Pain medication that has been ordered by a Doctor and No Diet Special meals Again breach of Contract and Violation of my 8th and 14th amendment Constitutional Rights At my visit their I reported on either 1-6-08 or 1-9-08 I fell on the step during lunch time. Because of my non and denial of medical treatment - Breach of cared duty owe.

Darryl Almond
*Your signature*

UNITED STATES DISTRIC RECEIVED
COURT
MIDDLE DISTRICT OF FLORIDA

2009 JUN 10 P 3:36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Darryl Allmond
Plaintiff
v.
Duval County, et. al.,
Defendants

CASE NO: 3:08-CV-486-J-34-TEM
PLAINTIFF REPLY TO THE COURT
ORDER GRANTION MOTION TO
QUASH SUBPOENA

COMES NOW___ on date Mar. 26. 2009. the Court
granted non-party movant. Agency for Health Care
Administration. Motion to Quash Subpoena [Doc #44, motion to
Quash] as unoppased [Doc #61]. The certificate of service
for the motion to Quash, however, does not indicate that
Plaintiff was served with the subject motion [see Doc #44
at 2]. Thus, the Court vacated its May 26, 2009 order
[Doc #61] and allow Plaintiff an opportunity to file a
response.

AND NOW___ Plaintiff, Darryl Allmond Respond, On
date 6-9-09. Plaintiff Darryl Allmond, and Duval County
a defendant. there Attorney Mr. William Burkett. Esq
office of General Counsel and durning their case
Management meeting on date 6-9-09 confered on
the above issue. and the finding were that Plaintiff
Darryl Allmond did not request for the above

1.

Subpoena to Medicaid Attn: Records Custodian c/o 2727 Mahan Drive, mail stop 8 Tallahassee, Fl. 32308, However, it was Duval County. Attorney Mr. William B. Burkett, Ess.'

After the meeting Allmond requested a copy of thei Subpoena in a civil case served upon the non-party, and an unsigned copy was provided, and attached hereto as exhibit [AA], three of three copies.

Plaintiff, Darryl Allmond moves this court to charge defendant Duval County with the Quash Subpoena in its order and correct the record in favor of the Plaintiff, based on the aforesaid mention reasons stated above and also pursuant to Fed. R. Civ. P. [60] (a) or (b).

Lastly, Plaintiff request for Paralegal fees and cost associated with this matter, and any other action the court deem proper and just.

By: Darryl Allmond, Pro Se
Paralegal
3830 University Blvd. S. #19
Jax. Fl. 32216
904-402-9722
6-10-09

2.

No. 2007000771   2E 214 (27)
500 E. Adams St.
Jax. Fl. 32202

Darryl Allmond,
              Plaintiff

          v.

Jacksonville Prehouse Detention
Facility, et al.
Sheriff officer McDuffie
City of Jacksonville
John Rutherford
John and Jane Does
              Defendants

NOTICE
  OF
INTENT  TO
  SUIT

On date 1/6/07 I entered the Jail and request use of the Law Library on or around 1-7-07 it has been denied many times and unable me to Prepair a memorandum of law in a different matter. To respond to a motion filed by General Counsel office. My 1st. amendment Constitutional rights were violated. Denied me access to the Courts. No legal supplies were given.

Prior to this Plaintiff was told by officer McDuffie _____ Civil Litigation is not allowed. a grievance was submitted. My Case has been Presudice and I Seek $3,000,000. million dollars in Compensatory damages on the grounds stated above. Def. are Proximate Cause. Def. Policies, practices, denies access the Courts, violates the 1st. Amendment.

                    Darryl Allmond
     OLLRR      1-12-07       Paralegal

# CERTIFICATION OF SERVICE

I hereby certify that this notice were served at 500 E. Adams st. Jax-Fl- 32202 by hand delivery on date 1/12/07 to Brehouse Detention Facility, McDuffie, Rutherford. Aimendent Notice served on, City of Jacksonville, 117 w. Duval St. Suite 480 Jax. Fl-32217 Risk management at

all other defendants 500 E. Adams st. Above.

Darryl Allmond, Pro Se
Paralegal

Darryl Allmond
8030 Old Kings Rd-S. #5-4
Jax-Fla. 32217
904-733-9784
Date: 1/16/07.

Several Requests were submitted all denied C/o Rowe, contacted Mrs. McDuffie and she still denied Allmond use of Law Library. This Violation of the 1st. amendment has been clearly establish-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Darryl Allmond, Pro-Se
Plaintiff

v.

Mail Room staff, etc. et al;
Duval County or City Jail
John and Jane Does
J.S.O. Nash, s.gt. People
Defendants

NOTICE OF
INTENT
TO SUIT

COME NOW___ The above named Plaintiff hereby give Notice of Intent to suit for violation of his 1st. amendment Constitutional Right, Access the Court by interfering with in Coming and out going legal mail of Counsel and Court,

Legal mail open, read outside my Presents. Add JSO ID. Number after my name may be mail fraud. my ability to Pursue my claim against other JSO employees has been hampered I vest upon the grounds stated above.

I hereby demand $5,000,000-00 million dollars in Compensatory and special damages Punitives, to be determine by a full Jury Trial.

Excess Force of 1/6/07
Arrest

BY: Darryl Allmond, Pro-Se

904-733-9784
Leave message
1-29-07

Delibed to servius med needs
expose me to undui suffering and expre
me to life threating consequines of un
treted diabetics

City Counsel, resp. for over seeing med delivery
of med services, Risk mangement is responible
for risk proventim. They have empyloee
liability insurance. Administratur is
responable for day to day opperation and he
insure that each inmate reciever adequate
medical care delivery for serious
medical needs

1-29-07
Nash mail Rm. try to give legal mail that he
was suppose to return to sender. earlier last week
the mail has or has been tamper with.

Darryl Allmond,
      Plaintiff

VS.

The Salvation Army
Batterers' Intervention Program, et.al,
Dee Dee Riggs, Duval County
      Defendants

"DEMAND"

## NOTICE OF INTENT TO SUIT

On Date 4-17-08, the above defendants Terminated the Plaintiff from the Program and Stated that the Plaintiff attended *1 of the required 24 session and has more that three unexcused absences.

Published that false Libel, Slanderous remark to P.O. Diaz. That statement Place Plaintiff in a Position of Peril. Defendants were Negligence. As a result of said false, malicious, insulting, defamatory Libel Slanderous remarks, to a Probation officer, can cause a violation of Probation and cause Plaintiff to suffer humiliation, embassment, mortification, shame vilification, ridicue exposure to Public infamy, disgrace, scandel, insult to his reputation, Profession feelings and hampered in his conduct and business. Their act were foreseeable

Defendants Negligence were the direct and Proximate cause. Plaintiff at class informed defendants that on Sat. he has to take his wife to work around 12:00 P.m. and would not be able to make that class but will come on Fridays. (I only missed (1) Friday and their weve no objection until 4-17-08.

The said document and information was Published to Third Parties On Fridays after the 1st. class Plaintiffs had to take wife home after work.y

The Friday missed because defendant refused to open the door after she let other class members inside and notice Plaintiff at the door. Defendants acted with malice and Thereby breaching their duty owe to The Plaintiff, defendants turned a bline eye at Plaintiff's request. Much of this injury will endure Permanently which also cause mental and emotional Pain and stress the Plaintiff, Violation of Constitutional Privilates

WHEREFORE. Plaintiff demands $16,000.00 dollars against defendants and enjoining Them. Trial by Jury on all issues triable by Jury. Paralegal and or Attorney fees and Cost $75,000.00 Violation of 14th amendment U.S.C.

LASTLY, I hereby demand You Preserve video surveillance, and Sign In sheets of Persons at class dates of 3-1-08, 3-6-08, 3-13-08, 3-21-08, 3-28-08, 4-4-08 4-11-08, 4-17-08 and all contracts or agreements. with respect to the incident could be considered material evidence and should be Preserved as such. Your insurance or carrier should be notice that I intend to bring suit, and if you are not covered we can negotiate, If I am force to bring suit against You, You may be responsible for all damages and cost of the amount of the verdict. And Provide All insurance information, Notice Your insurance within 30 days. You are directed to confer with Plaintiff through Your Lawyer.

I hereby certify that a was hand deliverd at 11 E. Church st. Jax, Fl. 32202, 117 W. Duval office of General Counsel on date 7-7-08

cc: File
Probation officer

BY: Darryl Allmond, Prose
Paralegal
3830 University Blvd. S.
#31
Jax - Fl. 32216
904-367-1631
5-15-08
7-7-08 - Demand