FILED

2014 JAN 27 PM 2:37

JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILL DIVISION

Darryl Allmond, Pro-Se
　　　　　Plaintiff
v.
JSO Medical et. al.
　　　　　Defendants

Civil Action No: 3:13-CV-1201-J-32 JBT

MOTION TO Add on another Exhibit

　　Darryl Allmond, Pro-Se hereby moves these papers to add on in support of his claim Exhibit No-67. Dated 1/21/14. No Mental Health Record shown durning the time of incarceration. Also see Exhibit's 68-69. Mental health was requested by the lower Court and agreed to by Allmond but denied by JSO medical in their failure.

Date: 1-26-14

Darryl Allmond, Pro-Se
2943 Spring Park Rd. #1003
Jax- Fl. 32207
904-444-6916



# OFFICE OF THE SHERIFF
## CONSOLIDATED CITY OF JACKSONVILLE



501 EAST BAY STREET • JACKSONVILLE, FLORIDA 32202-2975

**John H. Rutherford**
   **Sheriff**

January 21, 2014


TO
   2943 Spring Park Road #1003
   Jacksonville Fl, 32207


RE:   Medical Record Request for <u>Darryl Allmond</u>
                D.O.B –

We acknowledge your medical request for information concerning the above individual. At this time we cannot process your request for the following reason(s).

No Mental Health Record shown the time you was incarcerated.

[x]   **<u>Incomplete</u> authorization**

[ ]   Patient **<u>never medically treated</u>** at JSO - Duval County Jail

[ ]   The medical record you requested has been **<u>destroyed</u>** in accordance with Florida Statutes.  (Record Retention and Destruction Policy)

[ ]   No medical information during the **<u>date range</u>** requested.

[ ]   Requestor currently **<u>incarcerated.</u>**

**We will gladly recheck our records if you can provide additional information, such as treatment dates, or other names under which the patient might have been admitted.**

   If you have any questions or concerns please contact my office at (904) 630-6202

   Respectfully
      Wanda Hall
      Health Information Specialist





*A Nationally Accredited Agency*     *An Equal Opportunity Employer*

# PUBLIC RECORDS REQUEST

## OFFICE OF THE SHERIFF
City of Jacksonville

15045

**Pursuant to Florida Statute 119, non-criminal justice agencies or entities requesting information are NOT required to provide this information or submit a request in writing.**

**CCR:** —

*Providing detailed specifics may reduce research time and provide more accurate results.*

### REQUESTOR

NAME: Darryl Allmond
☐ Refused
☐ SAO | Name: _____
☐ JSO
☐ Business
☐ Other agency
☐ Media (Which?)
☐ Other
☐ Private Attorney
☐ Public Defender
☐ Public

PHONE NUMBER(S)
(1) 904-444-9610
(2)

DATE OF REQUEST: 1-15-2014
DATE NEEDED: ASAP

### HOW RECEIVED (circle one)
☐ E-mail   ☐ Telephone
☐ Mail     ☐ JSO Initiated
☐ Counter/In Person   ☐ Other

ADDRESS (IF REQUEST IS MAILED) or JSO UNIT | CITY | ☐ Jax, FL | STATE | ZIP

**NOTICE:** Requests for records will be processed in accordance with the Public Records Law (FSS 119) and other relevant statutes. When a record or page thereof contains information that is exempt from disclosure pursuant to law, the custodian will delete or excise that portion of the record to which the exemption applies and produce for inspection the remainder of the record. Investigative records are generally exempt from inspection during the period of active case investigation and pending a prosecution.

### INCIDENT INFORMATION

Officer Name(s):
Incident Location:
Date Occurred:
Time Occurred:
Additional CCRs:

### SUSPECT INFORMATION   ☐ N/A

Name | Date of Arrest | Jail # | SA#
Race | Sex ☐ M ☐ F | DOB | Age

### COMMUNICATIONS REQUEST  ☐ N/A
☐ Audio Recording of Phone Conversation
☐ Call History Printout
☐ MDC History Printout (Officer's Name, ID#)
☐ AVL Printout (Radio ID ____)
☐ Audio Recording of Radio Transmission
Approx. Start Time | How Long | Radio Talk Groups

### CORRECTIONS REQUEST  ☐ N/A
☐ Visitation log
☐ Audio – Telephone Recordings
☐ Video Recordings
☐ Inmate Photographs
☒ Other (describe)

### PERSONNEL RECORDS REQUEST  ☐ N/A

| Employee Name | Employee ID (if known) | Type of Record(s) | # of Copies |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DESCRIPTION OF REQUEST/OTHER RECORDS  ☐ N/A
☐ Photographs   ☐ Traffic Crash   ☐ Written Directives (list below)
☐ Video         ☐ Audio           ☒ Other (describe below)

Describe specific details of the request not listed above: Medical Records - See Attached

*See reverse side for costs and receipt information*

Ex. 68

5-2010

**OFFICE OF THE SHERIFF**
**CONSOLIDATED CITY OF JACKSONVILLE**
**DEPARTMENT OF CORRECTIONS**
**DIVISION OF HEALTH SERVICES**
**RELEASE OF MEDICAL RECORDS**

Ex 69

**INFORMATION MAY BE DISCLOSED BY:**
Person/Facility: _Pre Trial Detention Facility_   Phone #: _904-630-5829_
Address: _500 E. Adams St. Jax. FL. 32202_   Fax #: _____

**INFORMATION MAY BE DISCLOSED TO:**
Person/Facility: _Darryl Allmond_   Phone #: _904-444-9610_
Address: _2943 Spring Park Rd #1003, Jacksonville, FL 32207_   Fax #: _____

**INFORMATION TO BE DISCLOSED:** (Initial Selection)

____ General Medical Record(s)    ____ Immunizations
____ History and Physical Results    ____ Prenatal Records
____ Progress Notes    ____ Consultations
____ Diagnostic Test Reports (Specify Type of test(s)) _____
____ Other: (specify)_____

**I specifically consent to release information relating to: (initial selection)**
___ STD   ___ HIV/AIDS   ___ TB   ___ Drug/Alcohol   ✓ Mental Health   ___ WIC Eligibility   ___ Early Intervention

**PURPOSE OF DISCLOSURE:**
____ Continuity of Care   ____ Personal Use   ____ Other (specify)_____

**EXPIRATION DATE:** This authorization will expire (insert date or event) _____. I understand if I fail to specify an expiration date or event, this authorization will expire six (6) months from the date on which it was signed.

**REDISCLOSURE:** I understand that once the above information is disclosed, it may be redisclosed by the recipient and the information may not be protected by federal privacy laws or regulations.

**CONDITIONING:** I understand that completing this authorization form is voluntary. I realize that treatment will not be denied if I refuse to sign this form.

**REVOCATION:** I understand I have the right to revoke this authorization any time. If I revoke this authorization, I understand I must do so in writing and I must present my revocation to the medical record department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company, Medicaid and Medicare.

X _Darryl Allmond_                          X _1/15/14_
Client/Representative Signature              Date

X _Darryl Allmond_                          _Self_
Printed Name                                Representative's Relationship to Client

_____                     _1-15-2014_
Witness                                     Date

                                            Name: _Darryl Allmond_
                                            Docket #: _2013001031_
                                            DOB: _1-30-1955_

Original:  To File
Copy:      To Client
           To Accompany Disclosure

Ex 69