UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

DARRYL ALLMOND, PRO SE

_____

_____

Plaintiff,

v.                                          :Civil Action No. 3:13-CV-1201-J-32-JBT

JACKSONVILLE SHERRIF'S OFFICE,
ET-AL; City of Jacksonville,
Tara Wildes, Duval Corrections,

And

Duval Div. of Health, Win Tate,
Dr. Katherine Green, Beth Meyers et al

Defendants.

## AMENDED COMPLAINT FOR DISCRIMINATION

NOW COMES the plaintiff, Darryl Allmond, Pro Se, ("Hudson" or "Plaintiff"), and files his Amended Complaint for discrimination against the Jacksonville Sheriff's Office ("JSO") and City of Jax, Tara Wildes, and Dr. Katherine Green, et al and states as follows:

### I. INTRODUCTION

1. The Plaintiff, Darrlle Allmond, an African-American male, Pro Se, brings this action seeking damages against Defendants Jacksonville Sherriff's Office for committing violations of 42 U.S.C. § 12112 which protects against disability discrimination; and 42 U.S.C. § 1983, which protects the rights secured by 42 U.S.C. §1981; , among others.

1

2. Plaintiff seeks compensatory and punitive damages, where applicable, and injunctive and declaratory relief to secure the protection of and redress the deprivation of rights granted to him by the laws of the United States of America. He also seeks compensatory and punitive damages, where applicable, attorneys' fees and costs for violations of rights secured under the Constitution of the United States of America.

## II. JURISDICTION

3. The jurisdiction of this Court over these parties and this action is invoked under 42 U.S.C. § 2000e, et seq., and 28 U.S.C. §§ 1331 and 1343 (4), this being an action authorized by law to redress the deprivation of a civil right.

## III. VENUE

4. Venue is proper with this Court because the cause of action arose in this District.

## IV. PARTIES

5. Plaintiff, Darryl Allmond, is a citizen of Florida and of the United States of America, residing 1943 SpringPark Rd #603 Jax Fl-32207

6. Jacksonville Sheriff's Office ("JSO") 501 E. Bay st. Jax. Fl-32202.

   6a. At all times relevant to this action, Defendants individuals were Acting Under Color of Law.

7. At all times, the employees of the JSO mentioned herein, were acting within the scope of their employment, and the JSO is responsible for the actions and conduct of those employees.

2

## V. ADMINISTRATIVE PROCEDURES

8.  Plaintiff has exhausted all of his administrative procedures as mandated by the ADA.

## VI. STATEMENT OF FACTS

9.  Darryl Allmond, an African-American male,

49. As a result of the unlawful acts of the JSO and its employees, the Plaintiff has suffered loss of income, loss of fringe benefits and job security and other losses.

50. Also, as a result of the unlawful acts of the JSO and its employees, the Plaintiff has suffered sleeplessness, anxiety, weight gain, humiliation, embarrassment, mental and emotional distress and anguish, loss of self-esteem and harm to reputation.

51. The aforesaid acts of the JSO, its officials and its employees were done maliciously, willfully and with reckless disregard of the Plaintiff's rights.

## VII. STATEMENT OF COUNTS

### COUNT I - DISCRIMINATION BASED ON DISABILITY

60. Plaintiff incorporates the allegations of paragraphs 1 through 59 and in addition avers that:

61. The conduct of the defendant, as set forth above, constitutes discrimination on the basis of Plaintiff's disability in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101-12213, as amended.

62. The Plaintiff qualified as an individual with a disability because he had one or

3

more emotional disorders, including panic attacks. On or before Feb. 2005    ,the

employees of JSO knew or should have known that the Plaintiff was suffering from an emotional

disability.

63.


**COUNT II- DISCRIMINATION IN VIOLATION OF**
**42 U.S.C. SECTIONS 2000d, AS AMENDED**

31.    Plaintiff re-pleads and re-alleges Paragraphs 1-30 above as if fully set forth, and,

in addition, states that the facts as alleged above constitute discrimination, in violation of 42

U.S.C. §2000d which prohibits, among other things, discrimination., on the basis of race, by any

program or activity which receives federal financial assistance.

**COUNT III- DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981 Enforced**
**Through Section 1983**

53.    Plaintiff re-pleads and re-alleges Paragraphs 1-52 above as if fully set forth, and

in addition states that the facts as alleged above constitute discrimination in the making and

enforcement of contracts in violation 42 U.S.C. §1981 enforced through 42 U.S.C. § 1983


**COUNT IV- RETALIATION IN VIOLATION OF 42 U.S.C. § 12101, et seq.**

53. Plaintiff re-pleads and re-alleges Paragraphs 1-52 above as if fully set forth, and in

addition states that the facts as alleged above constitute retaliation in violation of 42

U.S.C. §§ 12101-12213, as amended.

## COUNT V- RETALIATION IN VIOLATION OF 42 U.S.C. § 1981 Enforced Through Section 1983

53. Plaintiff re-pleads and re-alleges Paragraphs 1-52 above as if fully set forth, and in addition states that the facts as alleged above constitute retaliation in violation 42 U.S.C. §2000e-3 (a); 42 U.S.C. § 1983, and 42 U.S.C. §§ 12101-12213, as amended.

## COUNT VI- RETALIATION IN VIOLATION OF 42 U.S.C. SECTIONS 2000d, AS AMENDED

31. Plaintiff re-pleads and re-alleges Paragraphs 1-30 above as if fully set forth, and, in addition, states that the facts as alleged above constitute discrimination, based on retaliation in in violation of 42 U.S.C. §2000d which prohibits, among other things, discrimination., on the basis of race by any program or activity which receives federal financial assistance.

## COUNT VII -DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1983 (AGAINST JSO AND City of Jax, Duval County, Employees IN THEIR OFFICIAL CAPACITY FOR PROSPECTIVE AND DECLARATORY RELIEF)

64. Plaintiff re-alleges and incorporates by reference the allegations in Paragraphs 1 through 63 of this Complaint and further states that the facts as alleged above constitute a violation of 42 U.S.C. § 1983, which protects against deprivation of rights secured by 42 U.S.C. § 1981, as amended, which provides for equal protection of the laws and prohibits discrimination based on race in the making and enforcement of contracts. Section 1983 also protects the Plaintiff's guaranteed under the Equal Protection Clause of the Fourteenth Amendment. The conduct as alleged also resulted from custom, policy and practice of the JSO, City of Jax, and Duval County Corrections

65. As alleged above, the Plaintiff was treated differently based on his race Black; and being a member of the New Black Panther Party.

5

# COUNT VIII - DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1983 AGAINST JSO AND All Defendants, INDIVIDUALLY

67. Plaintiff re-alleges and incorporates by reference the allegations in Paragraphs 1 through 66 of this Complaint and further states that defendants was individually involved in depriving the Plaintiff of his rights guaranteed under 42 U.S. § 1981 and in violation of 42 U.S.C. § 1983 which provides for equal protection of the laws. 42 U.S.C. § 1981, as amended, prohibits discrimination based on race in the making and enforcement of contracts.

## VIII. PRAYER FOR RELIEF

69. Wherefore, Plaintiff prays for a judgment in his favor and against the defendant, and that the following relief be awarded to the Plaintiff:

1) Issue a declaratory judgment that defendant's acts, policies and practices complained of herein violated Plaintiff's rights as secured by 42 U.S.C. § 12101, et seq.

2) Issue a preliminary and permanent injunction:

(a) Prohibiting defendant, its agents and employees and those acting in concert with them from engaging in any other acts or practices shown to discriminate against the plaintiff and similarly situated individuals;

3) On Count I for disability discrimination compensatory damages in the amount of $300,000;

5) On Count II; $ 300,000;

6) On Count III for $ 300,000 -

6

8)     Grant such additional relief as the Court deems just and proper.

## JURY TRIAL

Plaintiff hereby demands a jury trial on each count to which he is entitled to a jury trial.

Respectfully submitted,

DARRYL ALLMOND
Pro Se

*Darryl Allmond, Pro Se*
DARRYL ALLMOND
2943 Spring Park Rd. #1003
Jax - Fl - 32207
904-444-9610

Date: 4-15-14

7