FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAY 20 A 11: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Civil Action No.: 3:13-cv-1201-J-32JBT

Darryl Allmond
    Plaintiff
v.
JSO Medical Serv. et al.
    Defendants

MOTION AND ORDER
GRANTING PLAINTIFF
IFP

COME NOW___ Plaintiff, Darryl Allmond, motion this Court to grant his IFP status. This matter has been pending since 2013, and this IFP status has not yet been granted or denied.

This motion is necessary to prevent further delays or continances because of absence, unavailability or overburdened calendar of any judge; to promote the efficient operation of the federal general jurisdiction division as a whole, or for any other good cause.

This matter should be set for a hearing with the chief Judge for the middle District of Florida, Jacksonville Division EXPEDITED.

Some of the defendants are now no longer in office, Plaintiff is Prejudice. This long delay raises RED FLAGS, JUSTICE DELAY is JUSTICE DENIED.

Respectfully Submitted

May 20, 2015

Darryl Allmond, Pro-Se
5541 Auburn Rd APT-C
Jacksonville, Florida
32207
904-802-9053 / 444-9610